UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

BOSTON TOMATO, ET AL.,
plaintiffs

v. C.A. No. 04-395T

FORLOZZI & BIMBER, ET AL.,
defendants

## SHOW CAUSE ORDER

On or before **March 11th, 2005**, the plaintiff is hereby ordered to show cause, in writing, why this case should not be dismissed for lack of prosecution; namely, failure to make service upon defendants within 120 days after filing of the complaint and issuance of summons required by Fed. R. Civ. P. 4(m). Failure to comply will result in dismissal.

By Order,

Deputy Clerk

ENTER:

Ernest C. Torres
United States District Judge
Date: 2/15/05

FORMS/SHWCAUS2.ORD

1