**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

**BOSTON TOMATO & PACKAGING, LLC, et al**
**Plaintiffs**

**v.** **C.A. NO: 04-395T**

**CAPITAL FOOD DISTRIBUTORS, LLC., et al**
**Defendants**

**PLAINTIFFS' RESPONSE TO SHOW CAUSE ORDER**

Attached hereto are copies of the Summonses served upon four (4) Defendants in the above captioned case. Counsel has been in contact with Co-Defendant Benedetto Cerilli to determine the whereabouts of the remaining defendants. It has been learned that Defendant Joan Cerilli has died. Plaintiffs intend to serve the remaining defendants as soon as they are located.

The original summonses are filed contemporaneously herewith.

Respectfully submitted,
**BOSTON TOMATO & PACKAGING, LLC, et al**
By their attorney,

Gerard M. DeCelles, #1394
1536 Westminster Street
Providence, RI 02909
Tel (401) 272-8998
Fax (401) 272-4907

fg100-249/1

3

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of RHODE ISLAND

BOSTON TOMATO & PACAGING, LLC.,
FORLIZZI & BIMBER, INC., GIANT STANTON
PRODUCE COL, INC. AND
PETER CONDAKES COMPANY, INC.

V

CAPITOL FOOD DISTRIBUTORS, LLC. et al

## SUMMONS IN A CIVIL CASE

CASE NUMBER: 04-395 T

TO: (Name and address of Defendant)

CAPITOL FOOD DISTRIBUTORS, LLC.
10 ROSARIO DRIVE
PROVIDENCE RI 02909

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Gerard M. DeCelles, Esq.
1536 Westminster Street
Providence, RI 02909

an answer to the complaint which is served on you with this summons, within 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK

DATE 9/22/04

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 10/11/2004 |
| NAME OF SERVER *(PRINT)* VINCENT DeFALCO JR | TITLE CONSTABLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: ________

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: ________

☐ Returned unexecuted: ________

☒ Other (specify): SERVED Benedetto Cerilli on

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| 40.00 | | 40.00 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 10/11/2004 Vincent De Falco
Date — *Signature of Server*

P.O. Box 16026 Johnston RI 02919
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of RHODE ISLAND

BOSTON TOMATO & PACKAGING, LLC,
FORLIZZI & BIMBER, INC., GIANT STANTON
PRODUCE CO., INC. AND PETER CONDAKES COMPANY, INC

V.

A1 FOOD DISTRIBUTORS, INC. et al

## SUMMONS IN A CIVIL CASE

CASE NUMBER: 04-395 T

TO: (Name and address of Defendant)

A1 FOOD DISTRIBUTORS, INC.,
10 ROSARIO DRIVE
PROVIDENCE, RI 02909

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Gerard M. DeCelles, Esq.
1536 Westminster Street
Providence, RI 02909

an answer to the complaint which is served on you with this summons, within 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK

DATE 9/22/04

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 10/11/2004 |
| NAME OF SERVER (PRINT) VINCENT DEFALCO JR | TITLE CONSTABLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): Served upon Benedetto Cerilli as

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| 40.00 | | 40.00 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 10/11/2004 Vincent DeFalco
Date Signature of Server

P.O. Box 19026 Johnston 02919
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of RHODE ISLAND

BOSTON TOMATO & PACKAGING, LLC.,
FORLIZZI & BIMBER, INC.
GRANT STANTON PRODUCE CO., INC. and
PETER CONDAKES COMPANY, INC.

V.

JOAN CERILLI ET AL

## SUMMONS IN A CIVIL CASE

CASE NUMBER: 04-395 T

TO: (Name and address of Defendant)

JOAN CERILLI
10 ROSARIO DRIVE
PROVIDENCE RI 02909

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

GERARD M. DECELLES, ESQ.
1536 WESTMINSTER STREET
PROVIDENCE, RI 02909

an answer to the complaint which is served on you with this summons, within 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK

DATE 9/22/04

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 10/11/2004 |
| NAME OF SERVER *(PRINT)* Vincent DeSalvo | TITLE Constable |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: Benedetto Cerilli (Husband)

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| 40.00 | | 40.00 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 10/11/2004 — Date

Vincent DeSalvo — *Signature of Server*

P.O. Box 19026 Johnston RI 02919 — *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of RHODE ISLAND

BOSTON TOMATO & PACKAGING, LLC.,
FORLIZZI & BIMBER, INC.
GRANT STANTON PRODUCE CO., INC. and
PETER CONDAKES COMPANY, INC.

V.

BENEDETTO A. CERILLI A/K/A
BENEDETTO A. CERILLI, JR. et al

## SUMMONS IN A CIVIL CASE

CASE NUMBER: 04-395 T

TO: (Name and address of Defendant)

BENEDETTO A. CERILLI A/K/A
BENEDETTO A. CERILLI, JR.
10 ROSARIO DRIVE
PROVIDENCE RI 02909

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

GERARD M. DECELLES, ESQ.
1536 WESTMINSTER STREET
PROVIDENCE, RI 02909

an answer to the complaint which is served on you with this summons, within 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK

DATE 9/22/04

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE 10/11/2004 |
|---|---|
| NAME OF SERVER *(PRINT)* VINCENT DEFALCO | TITLE PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: 80 America Way Jamestown

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: ____________

☐ Returned unexecuted: ____________

☐ Other (specify): ____________

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL 40.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 10/11/2004 Vincent DeFalco
Date — *Signature of Server*

P.O. Box 19026 Johnston RI 02919
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.