AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of RHODE ISLAND

BOSTON TOMATO & PACKAGING, LLC,
FORLIZZI & BIMBER, INC., GIANT STANTON
PRODUCE CO., INC. AND PETER CONDAKES COMPANY, INC

V.

A1 FOOD DISTRIBUTORS, INC. et al

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 04-395 T

TO: (Name and address of Defendant)

A1 FOOD DISTRIBUTORS, INC.
10 ROSARIO DRIVE
PROVIDENCE, RI 02909

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Gerard M. DeCelles, Esq.
1536 Westminster Street
Providence, RI 02909

an answer to the complaint which is served on you with this summons, within 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLEREK

CLERK

DATE 9/22/04

(By) DEPUTY CLERK

5

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[(1)] | DATE 10/11/2004 |
|---|---|
| NAME OF SERVER *(PRINT)* VINCENT DEFALCO JR | TITLE CONSTABLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: ____________________

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: ____________________

☐ Returned unexecuted: ____________________

☒ Other (specify): Served upon Benedetto Cerilli as

## STATEMENT OF SERVICE FEES

| TRAVEL 40.00 | SERVICES | TOTAL 40.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 10/11/2004 Vincent De Falco
Date Signature of Server

P.O. Box 19026 Johnston 02919
*Address of Server*

FILED
2005 MAR 11 P 3:55
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.