AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of RHODE ISLAND

BOSTON TOMATO & PACKAGING, LLC.,
FORLIZZI & BIMBER, INC.
GRANT STANTON PRODUCE CO., INC. and
PETER CONDAKES COMPANY, INC.

V.

BENEDETTO A. CERILLI A/K/A
BENEDETTO A. CERILLI, JR. et al

## SUMMONS IN A CIVIL CASE

CASE NUMBER: 04-395 T

TO: (Name and address of Defendant)

BENEDETTO A. CERILLI A/K/A
BENEDETTO A. CERILLI, JR.
10 ROSARIO DRIVE
PROVIDENCE RI 02909

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

GERARD M. DECELLES, ESQ.
1536 WESTMINSTER STREET
PROVIDENCE, RI 02909

an answer to the complaint which is served on you with this summons, within 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK

DATE 9/22/04

(By) DEPUTY CLERK

6

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me(1) | DATE 10/11/2004 |
| NAME OF SERVER *(PRINT)* VINCENT DEFALCO | TITLE PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: 80 America Way Jamestown

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: ________

☐ Returned unexecuted: ________

☐ Other (specify): ________

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL 40.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 10/11/2004
Date

Vincent DeFalco
*Signature of Server*

P.O. Box 19026 Johnston RI 02919
*Address of Server*

FILED
2005 MAR 11 P 3:55
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.