AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of RHODE ISLAND

BOSTON TOMATO & PACKAGING, LLC.,
FORLIZZI & BIMBER, INC.
GRANT STANTON PRODUCE CO., INC. and
PETER CONDAKES COMPANY, INC.

V.

JOAN CERILLI ET AL

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 04-395 T

TO: (Name and address of Defendant)

JOAN CERILLI
10 ROSARIO DRIVE
PROVIDENCE RI 02909

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

GERARD M. DECELLES, ESQ.
1536 WESTMINSTER STREET
PROVIDENCE, RI 02909

an answer to the complaint which is served on you with this summons, within 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK

DATE 9/22/04

(By) DEPUTY CLERK

7

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE 10/11/2004 |
|---|---|
| NAME OF SERVER *(PRINT)* Vincent De Salvo | TITLE Constable |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: Benedetto Cerilli (Husband)

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| 40.00 | | 40.00 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 10/11/2004 (Date) Vincent De Salvo (*Signature of Server*)

P.O. Box 19026 Johnston RI 02919
*Address of Server*

DISTRICT OF RHODE ISLAND
U.S. DISTRICT COURT
2005 MAR 11 P 3:55

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.