UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

BOSTON TOMATO & PACKAGING, LLC, et al.

v. CA No. 04-395-T

CAPITAL FOOD DISTRIBUTORS, LLC, et al.

**ORDER OF DISMISSAL**
**AS TO CERTAIN DEFENDANTS**

On February 15, 2005, this Court entered an order directing the plaintiffs to show cause why the case should not be dismissed for lack of prosecution. Since the plaintiffs have failed to show cause why the case should not be dismissed as to defendants Zu Yu Cheng, Bradford Cerilli, Leo S. Hourihan, Sheila N. Hourihan and JCI General Partnership, the case is hereby dismissed as to those defendants without prejudice.

By Order

Deputy Clerk

ENTER:

Ernest C. Torres
Chief Judge

Date: March 28, 2005

8