**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

**BOSTON TOMATO & PACKAGING, LLC, et al**
**Plaintiffs**

**v.** **C.A. NO: 04-395T**

**CAPITAL FOOD DISTRIBUTORS, LLC., et al**
**Defendants**

**AFFIDAVIT AND REQUEST FOR ENTRY OF DEFAULT**

I, **GERARD M. DECELLES,** first being duly sworn, depose and say:

1. I am the attorney of record for the Plaintiffs,**BOSTON TOMATO & PACKAGING, LLC., FORLIZZI & BIMBER, INC., GRANT STANTON PRODUCE CO., INC. and PETER CONDAKES COMPANY, INC.** in the above-entitled cause, and, as such, have knowledge of the facts hereinafter set forth.

2. That the Defendant, **BENEDETTO A. CERILLI a/k/a BENEDETTO A. CERILLI, JR.,** was served with process on or about October 11, 2004.

3. That the Defendant, **BENEDETTO A. CERILLI a/k/a BENEDETTO A. CERILLI, JR.,** has failed to answer or otherwise defend this claim, and, as such, is now in default.

4. That, to the best of my knowledge and belief, the Defendant was not at the time of the commencement of this action nor is the defendant now, a person in the military service of the United States of America as that term is defined by the Soldiers' and Sailors' Civil Relief Act of 1940, nor is the Defendant an infant or an incompetent.

5. That this action was commenced to recover the sum of Twelve Thousand, Six Hundred, Sixty-five and 50/100 ($12,665.50) Dollars for damages sustained by the Plaintiffs and for payment of goods sold and delivered by the Plaintiffs to the Defendants at the instance and request for the Defendants, together with interest, costs and attorney's fees.

6. That said claim against the Defendant is a just claim for which the Defendant has no setoff or counterclaim.

**GERARD M. DECELLES**, #1394
1536 Westminster Street
Providence, RI 02909
Tel (401) 272-8998
Fax (401) 272-4907

**STATE OF RHODE ISLAND**
**COUNTY OF PROVIDENCE**

Subscribed and sworn to before me, this 14TH day of July, 2005.

**NOTARY PUBLIC**

Commission Expires: ________

ROBERT A. PERETTI
NOTARY PUBLIC
MY COMMISSION EXPIRES: 06/19/09

fg100-249/4

FILED