**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

**BOSTON TOMATO & PACKAGING, LLC, et al**
**Plaintiffs**

**v.** **C.A. NO: 04-395T**

**CAPITAL FOOD DISTRIBUTORS, LLC., et al**
**Defendants**

## APPLICATION TO CLERK FOR ENTRY OF DEFAULT

Now come **BOSTON TOMATO & PACKAGING, LLC., FORLIZZI & BIMBER, INC., GRANT STANTON PRODUCE CO., INC. and PETER CONDAKES COMPANY, INC.** Plaintiffs in the above-entitled cause, by and through their counsel, and, pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, hereby make application to the Clerk of the United States District Court, District of Rhode Island, for entry of default for the Plaintiffs and against the Defendant **AL FOOD DISTRIBUTORS, INC.** for failure of said Defendant to plead or otherwise defend the above-entitled cause. Said failure of the Defendant to plead or otherwise defend is set forth in the Affidavit attached to this Application.

DEFAULT HEREBY ENTERED.
DEPUTY CLERK

**BOSTON TOMATO & PACKAGING, LLC, et al**
By their attorney,

Gerard M. DeCelles, #1394
1536 Westminster Street
Providence, RI 02909
Tel (401) 272-8998
Fax (401) 272-4907