**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

BOSTON TOMATO & PACKAGING,
LLC, ET AL.,
Plaintiffs

v. C.A. No. 04-395T

CAPITAL FOOD DISTRIBUTORS,
LLC, ET AL.,
Defendants

**SHOW CAUSE ORDER**

On or before **November 1st, 2005**, the plaintiffs are hereby ordered to show cause, in writing, why this case should not be dismissed for failure to prosecute. Failure to comply will result in dismissal.

By Order,

Deputy Clerk

ENTER:

Ernest C. Torres
United States District Judge

Date: 10/4/05

FORMS/SHWCAUS2.ORD