**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

**BOSTON TOMATO & PACKAGING, LLC, et al**
**Plaintiffs**

**v.** **C.A. NO: 04-395T**

**CAPITAL FOOD DISTRIBUTORS, LLC., et al**
**Defendants**

# RESPONSE TO SHOW CAUSE ORDER

In July 2005 applications for default were granted against defendants Benedetto Cerilli, Joan Cerilli, Capital Food Distributors and A 1 Food Distributors. Thereafter, the case was dismissed against the remaining non-served defendants.

Plaintiffs filed a motion to vacate dismissal as it related to Daniel Chow, Alias. Counsel has not been advised as to the Court's disposition of that motion.

Judicial economy suggests that proceedings to enter judgment be as against all defendants. Moreover, counsel is unaware of any time constraints respecting said proceedings.

Accordingly, plaintiffs suggest that any other action is premature.

**BOSTON TOMATO &**
**PACKAGING, LLC, et al**
By their attorney,

Gerard M. DeCelles, #1394
1536 Westminster Street
Providence, RI 02909
Tel (401) 272-8998
Fax (401) 272-4907

fg100-249/8