UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

TO: PHILIP M. WEINSTEIN, Esq.

RE: CA 04-395 T

BOSTON TOMATO + PACKING et al v. CAPITOL FOOD DISTRIBUTORS, LLC, et al.

ORDER

I have reviewed your document(s) presented to the Clerk's Office on 11 / 3 / 05 and have made the following determination:

________ I hereby direct the Clerk to file the document(s) in the form in which it was presented to the Court.

________ Your document(s) are hereby refused and returned to you for the following reason(s):

____ 1. Pleadings, motions, other papers are not signed. (Fed. R. Civ. P. 11)

____ 2. All motions and objections must be filed in duplicate, with accompanying memoranda filed in triplicate. (Local Rule 12 and General Order 02-01 as amended)

____ 3. Memorandum of law must accompany all motions and objections, with the exceptions of Motions to Compel and Motions to Extend Time. (Local Rule 12)

____ 4. New cases must be accompanied by:
a) Civil Cover Sheet (Local Rule 11)
b) Summons (Fed. R. Civ. P. 4)
c) Filing fee of $250.00 (28 U.S.C. § 1914) or $5.00 for Petitions for Habeas Corpus filed under 28 U.S.C. § 2254 and 28 U.S.C. § 2241.

____ 5. Papers will not be accepted for filing without Certification of Service. (Local Rule 12)

____ 6. Interrogatories and Answers or Objections thereto (Fed. R. Civ. P. 33), Initial Disclosures, Admissions, and Requests for Production, Responses and Objections (Fed. R. Civ. P. 34 & 36) shall NOT be filed with the Court. A party moving to compel (Fed. R. Civ. P. 37 (a)(2) ), shall file all pertinent portions of discovery material with the motion and copies (Local Rule 13).

____ 7. All Checks must be made payable to **Clerk, U.S. District Court.**

____ 8. Document violates Amended General Order 2002-01.

✓ 9. Other: MOTION RE: PHV DOES NOT COMPLY WITH PROPER FORM

ENTER:
[signature]
United States Magistrate Judge

Date: 11/3/05

cc: Counsel of Record

RECEIVED
NOV 03 2005
Property of U.S. District Court
District of Rhode Island

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

BOSTON TOMATO & PACKING, LLC, et al
Plaintiffs

vs. C.A.# 04-395T

CAPITOL FOOD DISTRIBUTORS, LLC, et al
Defendants

MOTION FOR ENTRY OF APPEARANCE
PRO HAC VICE

Plaintiffs, Boston Tomato & Packaging, LLC; Forlizzi & Bimber, Inc.; Grant Stanton Produce; Peter Condakes Co., Inc.; and The Alphas Company, Inc. hereby move that Andrew M. Osborne be admitted PRO HAC VICE in the above case as associate trial counsel with local associate counsel identified below, on the following grounds:

1. The case involves the following complex area of the law, in which plaintiff's counsel specializes: Perishable Agricultural Commodities Act.;

2. Plaintiff's counsel's long-standing representation of the clients Forlizzi & Bimber, Grant Stanton Produce, Peter Condakes Co., Inc. and Alphas Company, Inc.

3. The local trial bar lacks experience in the filed of: Perishable Agricultural Commodities Act.

Plaintiffs
By Their Attorneys,

Phillip. M. Weinstein, R.I. Bar #
LAW OFFICE OF PHILLIP M. WEINSTEIN
1 Providence St.
Washington Plaza, 5th Floor
Providence, RI 02903
401-521-3500