UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

BOSTON TOMATO & PACKING, LLC, et al

Plaintiffs

vs. C.A.# 04-395T

CAPITOL FOOD DISTRIBUTORS, LLC, et al

Defendants

NOTICE OF APPEARANCE OF PHILLIP M. WEINSTEIN
AS CO-COUNSEL FOR PLAINTIFFS

Now comes Philip M. Weinstein and appears as co-counsel for the Plaintiffs, Boston Tomato & Packaging, LLC., Forlizzi & Bimber, Inc., Grant Stanton Produce and Peter Condakes Co., Inc.

Plaintiffs
By Their Attorneys

Phillip. M. Weinstein, R.I. Bar #
LAW OFFICE OF PHILLIP M. WEINSTEIN
One Providence Washington Plaza, 5th Floor
Providence, RI 02903
401-521-3500