UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ] BOSTON TOMATO & PACKAGING, LLC., *et al.*, Plaintiffs | * * * * | CIVIL ACTION NO. |
| vs. | * * | 04-395-T |
| CAPITOL FOOD DISTRIBUTORS, LLC., *et al.*, Defendants | * * * * * | |

PLAINTIFFS' MOTION TO EXTEND TIME
TO RESPOND TO SHOW CAUSE ORDER
AND FOR ORDER REQUIRING TURNOVER OF RECORDS

Now come the Plaintiffs and move that this Court extend the time to respond to the Show Cause Order entered on October 4, 2005 for a period of ninety (90) days. In support hereof the Plaintiffs state that existing counsel has been discharged and replacement counsel has been retained so that the deficiencies encountered in the prosecution of this action may be cured. Additional time is required to obtain the records of prior counsel, to assess what may be required to cure the deficiencies, to take such action as may be warranted and to file the appropriate documents with the Court.

Plaintiffs further request that Gerard Decelles be ordered to forthwith deliver all documents and records in his possession custody or control pertaining to this action to Andrew M. Osborne at the address set forth below.

BOSTON TOMATO & PACKAGING, LLC.,
*et al.*,
By their Attorneys

____________________________
Philip M. Weinstein, Esq., RI Bar #
Law Office of Philip Weinstein
1 Providence Washington Plaza
Providence, RI 02903
401-521-3500

OSBORNE & VISCONTI,

____________________________
Andrew M. Osborne
20 Eastbrook Rd., Suite 304
Dedham, MA 02026
(781) 326-9766
BBO# 380455