UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

*************************************************

| | |
|---|---|
| BOSTON TOMATO & PACKAGING, LLC., *et al.*, Plaintiffs | CIVIL ACTION NO. |
| vs. | 04-395-T |
| CAPITOL FOOD DISTRIBUTORS, LLC., *et al.*, Defendants | |

*************************************************

PLAINTIFFS' MOTION FOR EXCUSAL

Now come the Plaintiffs and move that this Court that this Court change the date of the hearing(s) now scheduled for February 10, 2005. In support hereof the Plaintiffs state that both counsel for Plaintiffs, Philip M. Weinstein and Andrew M. Osborne, are scheduled to be on vacation out of Rhode Island on the scheduled hearing date.

RECEIVED
JAN 09 2006
Property of U.S. District Court
District of Rhode Island

BOSTON TOMATO & PACKAGING, LLC.,
*et al.*,
By their Attorneys

Philip M. Weinstein, Esq.
Law Office of Philip Weinstein
1 Providence Washington Plaza
5th Floor
Providence, RI 02903

OSBORNE & VISCONTI,

Andrew M. Osborne
20 Eastbrook Rd., Suite 304
Dedham, MA 02026
(781) 326-9766
BBO# 380455

## CERTIFICATE OF SERVICE

I, Andrew M. Osborne hereby certify that on the date set forth below I served the foregoing document, by mailing a copy of the same first class mail, postage prepaid to Gerard D. DeCelles at 1536 Westminster St., Providence, RI 02909 and Capitol Food Distributors, LLC., A 1 Food Distributors, Inc. and Benedetto Cerilli at 80 America Way, Jamestown, RI 02835

Signed under the penalties of perjury.

December 29, 2005

Andrew M. Osborne