UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

Property of U.S. District Court
District of Rhode Island
JAN 09 2006
RECEIVED

BOSTON TOMATO & PACKING, LLC, et al

Plaintiffs

vs. C.A.# 04-395T

CAPITOL FOOD DISTRIBUTORS, LLC, et al

Defendants

AMENDED CERTIFICATION IN SUPPORT OF MOTION
FOR ASSESSMENT OF DAMAGES AND ENTRY OF JUDGMENT

I, Andrew M. Osborne, first being duly sworn, depose and say: I am an attorney of record for the Plaintiff, Tropical Banana Co., Inc. in the above-entitled cause, and, as such, have knowledge of the facts hereinafter set forth. Pursuant to LR cv 55, I hereby certify as follows:

1. That, to the best of my knowledge and belief, the Defendants, Capitol Food Distributors, LLC., A 1 Food Distributors, Inc. and Benedetto Cerilli were not at the time of the commencement of this action, nor are said defendants now, a person in the military service of the United States of America as that term is defined by the Soldiers' and Sailors' Civil Relief Act of 1940, nor is said Defendant an infant or an incompetent.

2. Capitol Food Distributors, LLC., A 1 Food Distributors, Inc. and Benedetto Cerilli were given notice of the Motion for Assessment of Damages and Entry of Judgment by first class and certified mail, as appears from the Certificate of Service and copy of the return receipt attached hereto.

3. Notice of the motion was given to the party against whom a default or default judgment is sought by both regular mail on January 5, 2006 postage prepaid, and by certified or registered mail, return receipt requested on December 29, 2005. A copy of the return receipts are appended to this certification. To the best of the Movants' knowledge, the address set forth in such certifications are the last known address of each party.

4. That this action was commenced to recover the sum of Sixteen Thousand, Seven Hundred, Eighty-two and 03/100 ($12,655.50) Dollars for damages sustained by the Plaintiff and for payment of goods sold and delivered by the Plaintiff to the Defendant, Capitol Food Distributors, LLC. at the instance and request for the Defendants and for which the Defendants are liable, together with interest, costs and attorney's fees.

5. That said claim against the Defendants is a just claim for which the Defendants have no setoff or counterclaim.

Andrew M. Osborne

Commonwealth of Massachusetts

Subscribed and sworn to before me, this 5th day of January 2006

Commission Expires: 3/2/12

NOTARY PUBLIC

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Benedetto Cerilli
Capitol Food Distributors LLC
A 1 Food Distributors, Inc.
80 America Way
Jamestown, RI 02835

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X ☐ Agent ☐ Addressee

B. Received by (Printed Name) C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label) 7003 3110 0004 0778 7842

PS Form 3811, August 2001 Domestic Return Receipt 102595-02-M-1540

7003 3110 0004 0778 7842

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

**CERTIFIED MAIL™**

7003 3110 0004 0778 7842

7003 3110 0004 0778 7842

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com

**OFFICIAL USE**

| | |
|---|---|
| Postage | $ 3.95 |
| Certified Fee | 2.30 |
| Return Reciept Fee (Endorsement Required) | 1.75 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 8.00 |

Postmark Here

Sent To Benedetto Cerilli
Street, Apt. No.; or PO Box No. 80 America Way
City, State, ZIP+4 Jamestown, RI 02835

PS Form 3800, June 2002 See Reverse for Instructions

UNITED STATES POSTAGE
194 PB8775316
5430 $ 08.00⁰ DEC 29 05
7835 MAILED FROM DEDHAM, MA 02026

PEEL HERE Postage Meter Labels AVERY® PEEL HERE