RECEIVED
JAN 09 2006
Property of U.S. District Court
District of Rhode Island

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| BOSTON TOMATO & PACKAGING, LLC., *et al.*, Plaintiffs | CIVIL ACTION NO. 04-395-T |
| vs. | |
| CAPITOL FOOD DISTRIBUTORS, LLC., *et al.*, Defendants | |

## MEMORANDUM OF DAMAGES

COUNTS I-III, XIII-XV Boston Tomato

| | | |
|---|---|---|
| Ad damnum-Single Damages | $ 6,008.50 | |
| Interest @ 1.5%/month | | |
| See Exhibit A to 09/07/04 | 954.12 | |
| (9/08/04 to 02/10/06) | 1,740.84 | |
| Total | | $8,703.46 |
| Double damages | $12,017.00 | |
| Interest @ 1.5%/month | | |
| See Exhibit A to 09/07/04 | 954.12 | |
| (9/08/04 to 02/10/06) | 1,740.84 | |
| Total | | $14,711.96 |
| Treble Damages | $18,025.50 | |
| Interest @ 1.5%/month | | |
| See Exhibit A to 09/07/04 | 954.12 | |
| (9/08/04 to 02/10/06) | 1,740.84 | |
| Total | | $20,720.46 |

Per diem $3.43
Attorneys fees are to be added to the total in each instance.

COUNTS IV-VI, XIII-XV Forlizzi & Bimbre

| | | |
|---|---|---|
| Ad damnum-Single Damages | $ 2,683.00 | |
| Interest @ 1.5%/month | | |
| See Exhibit B to 09/07/04 | 329.96 | |
| (9/08/04 to 02/10/06) | 753.45 | |
| Total | | $3,766.91 |
| Double damages | $ 5,367.00 | |
| Interest @ 1.5%/month | | |
| See Exhibit B to 09/07/04 | 329.96 | |
| (9/08/04 to 02/10/06) | 753.45 | |
| Total | | $6,450.41 |
| Treble Damages | $ 8,050.50 | |
| Interest @ 1.5%/month | | |
| See Exhibit B to 09/07/04 | 329.96 | |
| (9/08/04 to 02/10/06) | 753.45 | |
| Total | | $9,133.91 |

Per diem $1.49

Attorneys fees are to be added to the total in each instance.

COUNTS VII-IX, XIII-XV Grant Stanton

| | | |
|---|---|---|
| Ad damnum-Single Damages | $ 1,698.50 | |
| Interest @ 1.5%/month | | |
| See Exhibit C to 09/07/04 | 269.71 | |
| (9/08/04 to 02/10/06) | 492.11 | |
| Total | | $2,460.32 |
| Double damages | $ 3,397.00 | |
| Interest @ 1.5%/month | | |
| See Exhibit C to 09/07/04 | 269.71 | |
| (9/08/04 to 02/10/06) | 492.11 | |
| Total | | $3,331.82 |
| Treble Damages | $ 5,095.50 | |
| Interest @ 1.5%/month | | |
| See Exhibit C to 09/07/04 | 269.71 | |
| (9/08/04 to 02/10/06) | 492.11 | |
| Total | | $4,616.82 |

Per diem $0.97

COUNTS X-XII, XIII-XV Peter Condakes

| | | |
|---|---|---|
| Ad damnum-Single Damages | $2,275.00 | |
| Interest @ 1.5%/month | | |
| See Exhibit D to 09/07/04 | 330.35 | |
| (9/08/04 to 02/10/06) | 651.41 | |
| Total | | $3,256.76 |
| Double damages | $4,550.00 | |
| Interest @ 1.5%/month | | |
| See Exhibit D to 09/07/04 | 330.35 | |
| (9/08/04 to 02/10/06) | 651.41 | |
| Total | | $5,531.76 |
| Treble Damages | $6,825.00 | |
| Interest @ 1.5%/month | | |
| See Exhibit D to 09/07/04 | 330.35 | |
| (9/08/04 to 02/10/06) | 651.41 | |
| Total | | $7,806.76 |
| Per diem $1.28 | | |

BOSTON TOMATO & PACKAGING, LLC., *et al.*,
By their Attorneys

Philip M. Weinstein, Esq.
Law Office of Philip Weinstein
1 Providence Washington Plaza
5th Floor
Providence, RI 02903

OSBORNE & VISCONTI,

Andrew M. Osborne
20 Eastbrook Rd., Suite 304
Dedham, MA 02026
(781) 326-9766
BBO# 380455

EXHIBIT A

BOSTON TOMATO & PACKAGING, LLC.

Payment terms 21 days Interest Rate 18 percent

| Invoice Date | Due Date | Invoice Number | Amount | Payment | Invoice Balance | Interest to 09/07/04 | Balance Due |
|---|---|---|---|---|---|---|---|
| 09/30/03 | 10/21/03 | 77379 | 312.00 | 173.00 | 139.00 | 22.07 | 161.07 |
| 10/01/03 | 10/22/03 | 77618 | 640.00 | | 640.00 | 101.63 | 902.70 |
| 10/02/03 | 10/23/03 | 77728 | 287.00 | | 287.00 | 45.57 | 1235.27 |
| 10/03/03 | 10/24/03 | 77880 | 286.00 | | 286.00 | 45.42 | 1566.69 |
| 10/06/03 | 10/27/03 | 78095 | 17.00 | | 17.00 | 2.70 | 1586.39 |
| 10/07/03 | 10/28/03 | 78210 | 406.00 | | 406.00 | 64.47 | 2056.86 |
| 10/08/03 | 10/29/03 | 78317 | 212.00 | | 212.00 | 33.66 | 2302.52 |
| 10/10/03 | 10/31/03 | 78577 | 299.00 | | 299.00 | 47.48 | 2649.00 |
| 10/14/03 | 11/04/03 | 78802 | 506.00 | | 506.00 | 80.35 | 3235.35 |
| 10/15/03 | 11/05/03 | 79014 | 302.00 | | 302.00 | 47.96 | 3585.31 |
| 10/17/03 | 11/07/03 | 79305 | 286.00 | | 286.00 | 45.42 | 3916.73 |
| 10/21/03 | 11/12/03 | 79658 | 75.00 | | 75.00 | 11.91 | 4003.64 |
| 10/22/03 | 11/13/03 | 79812 | 177.00 | | 177.00 | 28.11 | 4208.74 |
| 10/24/03 | 11/15/03 | 80061 | 171.00 | | 171.00 | 27.15 | 4406.90 |
| 10/27/03 | 11/17/03 | 80287 | 186.00 | | 186.00 | 29.54 | 4622.43 |
| 10/29/03 | 11/19/03 | 80511 | 651.00 | | 651.00 | 103.38 | 5376.81 |
| 10/31/03 | 11/21/03 | 80887 | 355.50 | | 355.50 | 56.45 | 5788.76 |
| 11/05/03 | 11/26/03 | 82191 | 518.00 | | 518.00 | 82.26 | 6389.01 |
| 11/07/03 | 11/28/03 | 81519 | 495.00 | | 495.00 | 78.60 | 6962.62 |
| | | | 6181.50 | 173.00 | 6008.50 | 954.12 | 6962.62 |

Per diem 3.43

Interest 09/08/04 to 02/10/06 1740.84 8703.46

Double damages

| | |
|---|---|
| Principal | 12017.00 |
| Interest | 2694.96 |
| total | 14711.96 |

Treble damages

| | |
|---|---|
| Principal | 18025.50 |
| Interest | 2694.96 |
| total | 20720.46 |