UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

BOSTON TOMATO & PACKING, LLC, et al

Plaintiffs

vs. C.A.# 04-395T

RECEIVED
JAN 09 2006
Property of U.S. District Court
District of Rhode Island

CAPITOL FOOD DISTRIBUTORS, LLC, et al

Defendants

AFFIDAVIT OF DENNIS BALUCH

Dennis Baluch, being first duly sworn deposes and states, that I am the attorney license to practice law by the State of Rhode Island and make the statements set forth herein upon personal knowledge.

I have been a member of the bar for more than 32 years. I have substantial litigation experience with business issues in the Rhode Island State and Federal courts.

I believe that proceedings under the Perishable Agricultural Commodities Act are a specialized area of practice with respect to which there are few counsel who have substantial expertise. I am not aware of any other attorney in Rhode Island who practices in this area. However, I am familiar with litigation practice involving commercial disputes and the fees charged by counsel of like tenure and experience.

I have reviewed the Affidavit of Andrew M. Osborne dated December 22nd, 2005 along with the Complaint.. The fees charged by Attorney Osborne are consistent with those charged by counsel in and around the City of Providence in commercial litigation. The time expended

appears to be reasonable in light of the number of parties, the complexity of the issues and the effort in dealing with corresponding counsel.

Signed under the penalties of perjury this 22nd day of December 2005.

Dennis Baluch
Dennis Baluch R.I. Bar No. 0947

STATE OF RHODE ISLAND

Providence, SS.

On this 22nd day of December, 2005, before me, the undersigned notary public, personally appeared Dennis Baluch and acknowledged to me that he signed it voluntarily for the stated purpose.

Name
Notary Public

My commission expires:
July 30, 2007