UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

CIVIL ACTION NO. 04-cv-395

BOSTON TOMATO & PACKAGING, LLC,
ET AL,

Plaintiffs

V.

CAPITOL FOOD DISTRIBUTORS, LLC.,
ET AL,

Defendants

RECEIVED
JAN 09 2006
Property of U.S. District Court
District of Rhode Island

AFFIDAVIT OF SHAWN GRANT

1. Shawn Grant, being first duly sworn, deposes and says that the statements contained herein are made upon personal knowledge, except where based upon information and belief, business records and/or public records, all of which I believe to be true.

2. I am the Treasurer of Grant Stanton Produce Company, Inc. ("Grant Stanton"). Grant Stanton is a Massachusetts corporation located in the New England Produce Center, Chelsea, Massachusetts. It is engaged in the purchase and sale of perishable agricultural commodities in interstate commerce ("Produce"). Grant Stanton is now and has at all times been licensed by the Secretary of Agriculture under the perishable Agricultural Commodities Act ("PACA"). As a principal, I share general charge of the business, which includes the buying and selling of produce, monitoring of lines of credit and the status of cash and credit accounts, along with obtaining payment of balances due to my employer. All the employees of Grant Stanton are ultimately responsible to reporting to me or my co-owner.

3. I have examined the Complaint and the account annexed to the Complaint as Exhibit C

and carefully compared it with the original entries in the books of the respective Grant Stanton. The account is truly and correctly made out from those books and the Produce was actually sold and delivered to the Capitol Food Distributors, LLC. ("Capitol") in Massachusetts. The charges set out in the account are true and correct to the best of my knowledge and belief. The allegations in the Complaint insofar as they relate to the business of Grant Stanton are true and correct except where set forth upon information and belief, which I believe to be true.

4. The claim and demand of the Grant Stanton against the Defendants is just, due and payable. There is no just off-set, payment or credit in law or equity known to me. There is now due to the Plaintiff Grant Stanton the sum of $1,698.50 plus interest at the rate of 18 percent per annum from 10 days after the date of each invoice, reasonable attorneys fees, and costs. Our normal terms of sale are net ten days as set forth on the invoices and include the obligation of the customer to pay interest at 18% per year and all collection costs, including attorneys fees. Capitol agreed to these terms and paid invoices subject to these terms. Also set forth on the invoices is the notice of intent to preserve rights under the PACA statutory trust. Copies of the pertinent invoices are attached hereto as Exhibit 1.

5. After these invoices became delinquent, I made numerous calls to Capitol seeking payment. I learned for the first time from William Hultz that Capitol had severe financial problems. Had I known that Capitol was having problems, I would not have sold Produce to it on credit. Hultz claimed he was a former banker and financial expert who was going to help turn the company around. Despite his promises of payment, monies were not received.

Shawn Grant

COMMONWEALTH OF MASSACHUSETTS

Suffolk, SS.

On this 28th day of July, 2005, before me, the undersigned notary public, personally appeared Shawn Grant, proved to me through satisfactory evidence of identification, which was a Massachusetts Drivers' License, to be the person whose name is signed on the preceeding attached document, and acknowledged to me that he signed it voluntarily for the stated purpose and that the same is true and correct.

Brian H. Eddy
Name:
Notary Public

My Commission expires ____________

MY COMMISSION EXPIRES OCT. 4, 2007

# GRANT STANTON PRODUCE Co., Inc.

123 New England Produce Center
Chelsea, MA 02150
Tel (617) 884-9991 Fax (617) 889-6690

228 CAPITOL FOOD DISTRIBUTORS, LLC
2 Amherst Street
PROVIDENCE, RI 02909

Page: 1
09/19/03
160678

| PRODUCT | QUANTITY | UNIT | PRODUCT DESCRIPTION | PER UNIT | CHARGE |
|---|---|---|---|---|---|
| 1940 | 8 | CASE | MUSHROOM, 10# SOUP DRY | 11.50 | 92.00 |
| 1700 | 3 | CASE | MUSHROOM, 10# BUTTON DRY | 12.50 | 37.50 |
| 1970 | 6 | CASE | MUSHROOM, 10# SLICED | 12.50 | 75.00 |
| 1885 | 15 | CASE | MUSHROOM, PORTABELLA 5# | 8.50 | 127.50 |
| | | | ------------- TICKET #437861 | | |
| 1296 | 8 | CASE | FIG, TRAY | 8.00 | 64.00 |

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5 (c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

Interest at 18% added to unpaid balance. Interest and attorneys fees necessary to collect any balance due hereunder shall be considered sums owing in connection with this transaction under the PACA Trust.

**TOTAL** ~~396.00~~

**No changes to be made to this invoice without our authorization. Please call our office if you believe there is an error. Thank you.**

**GRANT STANTON PRODUCE Co., Inc.**
123 New England Produce Center
Chelsea, MA 02150
(617) 884-9991 FAX (617) 889-6690

Date 1/19

Sold To Capital

| | | | |
|---|---|---|---|
| 5 | Thing Figs | 8 — | |

DELIVERY TICKET

No. 437861 Rec'd by

**GRANT STANTON PRODUCE Co., Inc.**
123 New England Produce Center
Chelsea, MA 02150
(617) 884-9991 FAX (617) 889-6690

Date 9/19

Sold To Capital Foods

| | | | |
|---|---|---|---|
| 8 | 10m Jumbo (P) | | |
| 3 | 10m Button (P) | | |
| 6 | 10m [illegible] | | |
| ~~8~~ 15 | Portabella [illegible] med ~~med sup~~ | | |

DELIVERY TICKET

No. 437942 Rec'd by

# GRANT STANTON PRODUCE Co., Inc.

123 New England Produce Center
Chelsea, MA 02150
Tel (617) 884-9991 Fax (617) 889-6690

228 CAPITOL FOOD DISTRIBUTORS, LLC
2 Amherst Street
PROVIDENCE, RI 02909

Page: 1
09/23/03
160939

| PRODUCT | QUANTITY | UNIT | PRODUCT DESCRIPTION | PER UNIT | CHARGE |
|---|---|---|---|---|---|
| 3375 | 2 | CASE | ASPARAGUS | 32.00 | 64.00 |
| 2200 | 15 | CASE | MANGO | 8.50 | 127.50 |

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5 (c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

Interest at 18% added to unpaid balance. Interest and attorneys fees necessary to collect any balance due hereunder shall be considered sums owing in connection with this transaction under the PACA Trust.

~~191.50~~

**TOTAL**

**No changes to be made to this invoice without our authorization. Please call our office if you believe there is an error. Thank you.**

**GRANT STANTON PRODUCE Co., Inc.**
123 New England Produce Center
Chelsea, MA 02150
(617) 884-9991 FAX (617) 889-6690

Date 9/23

Sold To Capital

| | | | |
|---|---|---|---|
| 2 | Asparagus 32 | | |
| | | | |
| | | | |
| 15 | Mango 8.50 | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

DELIVERY TICKET

No. 436856 Rec'd by

# GRANT STANTON PRODUCE Co., Inc.

123 New England Produce Center
Chelsea, MA 02150
Tel (617) 884-9991 Fax (617) 889-6690

228 CAPITOL FOOD DISTRIBUTORS, LLC
2 Amherst Street
PROVIDENCE, RI 02909

Page: 1
09/25/03
161122

| PRODUCT | QUANTITY | UNIT | PRODUCT DESCRIPTION | PER UNIT | CHARGE |
|---|---|---|---|---|---|
| 1810 | 5 | CASE | MUSHROOM #10 LG. WASH | 14.50 | 72.50 |
| 1970 | 4 | CASE | MUSHROOM, 10# SLICED | 12.50 | 50.00 |

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5 (c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

Interest at 18% added to unpaid balance. Interest and attorneys fees necessary to collect any balance due hereunder shall be considered sums owing in connection with this transaction under the PACA Trust.

122.50

**TOTAL**

No changes to be made to this invoice without our authorization. Please call our office if you believe there is an error. Thank you.

**GRANT STANTON PRODUCE Co., Inc.**
123 New England Produce Center
Chelsea, MA 02150
(617) 884-9991 FAX (617) 889-6690

Date 9/15

Sold To Capital

| | | | |
|---|---|---|---|
| 5 | lge S.D G 14.50 | | |
| 8 (4) | 10# Shred PH 12.50 | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

DELIVERY TICKET

No. 365411 Rec'd by

**GRANT STANTON PRODUCE Co., Inc.**
123 New England Produce Center
Chelsea, MA 02150
Tel (617) 884-9991 Fax (617) 889-6690

228 CAPITOL FOOD DISTRIBUTORS, LLC
2 Amherst Street
PROVIDENCE, RI 02909

Page: 1
09/26/03
161247

| PRODUCT | QUANTITY | UNIT | PRODUCT DESCRIPTION | PER UNIT | CHARGE |
|---|---|---|---|---|---|
| 1970 | 1 | CASE | MUSHROOM, 10# SLICED | 12.50 | 12.50 |
| 1700 | 4 | CASE | MUSHROOM, 10# BUTTON DRY | 12.50 | 50.00 |

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5 (c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

Interest at 18% added to unpaid balance. Interest and attorneys fees necessary to collect any balance due hereunder shall be considered sums owing in connection with this transaction under the PACA Trust.

62.50

**TOTAL**

**No changes to be made to this invoice without our authorization. Please call our office if you believe there is an error. Thank you.**

**GRANT STANTON PRODUCE Co., Inc.**
123 New England Produce Center
Chelsea, MA 02150
(617) 884-9991 FAX (617) 889-6690

Date 9/26

Sold To Capital

| | | | |
|---|---|---|---|
| 7 | 10# sliced PH | | |
| 4 | Butter dz | | |

DELIVERY TICKET

No. 438211 Rec'd by

# GRANT STANTON PRODUCE Co., Inc.

123 New England Produce Center
Chelsea, MA 02150
Tel (617) 884-9991 Fax (617) 889-6690

228 CAPITOL FOOD DISTRIBUTORS, LLC
2 Amherst Street
PROVIDENCE, RI 02909

Page: 1
09/30/03
161529

| PRODUCT | QUANTITY | UNIT | PRODUCT DESCRIPTION | PER UNIT | CHARGE |
|---|---|---|---|---|---|
| 2800 | 6 | CASE | RASPBERRIES | 27.00 | 162.00 |
| 1100 | 2 | CASE | BLACKBERRIES | 30.00 | 60.00 |
| 2860 | 2 | CASE | STRAWBERRIES | 24.00 | 48.00 |

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5 (c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

Interest at 18% added to unpaid balance. Interest and attorneys fees necessary to collect any balance due hereunder shall be considered sums owing in connection with this transaction under the PACA Trust.

270.00

**TOTAL**

**No changes to be made to this invoice without our authorization. Please call our office if you believe there is an error. Thank you.**

**GRANT STANTON PRODUCE Co., Inc.**
123 New England Produce Center
Chelsea, MA 02150
(617) 884-9991 FAX (617) 889-6690

Date 9/30

Sold To Capital Foods

| | | | |
|---|---|---|---|
| 6 | Raspberry 27- | | |
| 2 | Blackberry 30- | | |
| 2 | Strawberry | | |
| | quart 24 - | | |

Anthony

DELIVERY TICKET

No. 366649 Rec'd by

# GRANT STANTON PRODUCE Co., Inc.

123 New England Produce Center
Chelsea, MA 02150
Tel (617) 884-9991 Fax (617) 889-6690

228 CAPITOL FOOD DISTRIBUTORS, LLC
2 Amherst Street
PROVIDENCE, RI 02909

Page: 1
10/02/03
161731

| PRODUCT | QUANTITY | UNIT | PRODUCT DESCRIPTION | PER UNIT | CHARGE |
|---|---|---|---|---|---|
| 1810 | 1 | CASE | MUSHROOM #10 LG. WASH | 14.50 | 14.50 |
| 2330 | 1 | CASE | PEAS, SNO NO CALYX | 18.00 | 18.00 |

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5 (c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

Interest at 18% added to unpaid balance. Interest and attorneys fees necessary to collect any balance due hereunder shall be considered sums owing in connection with this transaction under the PACA Trust.

TOTAL 32.50

**No changes to be made to this invoice without our authorization. Please call our office if you believe there is an error. Thank you.**

**GRANT STANTON PRODUCE Co., Inc.**
123 New England Produce Center
Chelsea, MA 02150
(617) 884-9991 FAX (617) 889-6690

Date 10/2

Sold To Capital

| | | | |
|---|---|---|---|
| 1 | lg S.D.G. 1450 | | |
| 1 | Snopea Goat 18 | | |

DELIVERY TICKET

No. 365613 Rec'd by

**GRANT STANTON PRODUCE Co., Inc.**

123 New England Produce Center
Chelsea, MA 02150
Tel (617) 884-9991 Fax (617) 889-6690

228 CAPITOL FOOD DISTRIBUTORS, LLC
2 Amherst Street
PROVIDENCE, RI 02909

Page: 1
10/08/03
162208

| PRODUCT | QUANTITY | UNIT | PRODUCT DESCRIPTION | PER UNIT | CHARGE |
|---|---|---|---|---|---|
| 1970 | 6 | CASE | MUSHROOM, 10# SLICED | 12.50 | 75.00 |
| 1960 | 2 | CASE | MUSHROOM, 3# SHIITAKE B | 10.00 | 20.00 |
| 1940 | 2 | CASE | MUSHROOM, 10# SOUP DRY | 11.50 | 23.00 |
| | | | | TOTAL | 118.00 |

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5 (c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

Interest at 18% added to unpaid balance. Interest and attorneys fees necessary to collect any balance due hereunder shall be considered sums owing in connection with this transaction under the PACA Trust.

**No changes to be made to this invoice without our authorization. Please call our office if you believe there is an error. Thank you.**

**GRANT STANTON PRODUCE Co., Inc.**
123 New England Produce Center
Chelsea, MA 02150
(617) 884-9991 FAX (617) 889-6690

Date 10/8

Sold To Capital

| | | | |
|---|---|---|---|
| 6 | 10# Sliced | | |
| | 12.50 | | |
| 2 | 5# Shiitake | | |
| | 10 | | |
| 2 | 10# Soup | | |
| | 11.50 | | |

DELIVERY TICKET

No. 367205 Rec'd by

# GRANT STANTON PRODUCE Co., Inc.

123 New England Produce Center
Chelsea, MA 02150
Tel (617) 884-9991 Fax (617) 889-6690

228 CAPITOL FOOD DISTRIBUTORS, LLC
2 Amherst Street
PROVIDENCE, RI 02909

Page: 1
10/10/03
162453

| PRODUCT | QUANTITY | UNIT | PRODUCT DESCRIPTION | PER UNIT | CHARGE |
|---|---|---|---|---|---|
| 1300 | 4 | CASE | FIG, BLACK MISSION PINTS | 25.00 | 100.00 |

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5 (c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

Interest at 18% added to unpaid balance. Interest and attorneys fees necessary to collect any balance due hereunder shall be considered sums owing in connection with this transaction under the PACA Trust.

~~100.00~~

**TOTAL**

**No changes to be made to this invoice without our authorization. Please call our office if you believe there is an error. Thank you.**

**GRANT STANTON PRODUCE Co., Inc.**
123 New England Produce Center
Chelsea, MA 02150
(617) 884-9991 FAX (617) 889-6690

Date 10/10

Sold To Capital

| | | | |
|---|---|---|---|
| 4 | Black Fig | | |
| | Pints | | |
| | 25 – | | |

DELIVERY TICKET

No. 433733 Rec'd by

# GRANT STANTON PRODUCE Co., Inc.

123 New England Produce Center
Chelsea, MA 02150
Tel (617) 884-9991 Fax (617) 889-6690

228 CAPITOL FOOD DISTRIBUTORS, LLC
2 Amherst Street
PROVIDENCE, RI 02909

Page: 1
10/29/03
163898

| PRODUCT | QUANTITY | UNIT | PRODUCT DESCRIPTION | PER UNIT | CHARGE |
|---|---|---|---|---|---|
| 1720 | 1 | CASE | MUSHROOM, 5# CRIMINI | 9.00 | 9.00 |
| 1970 | 5 | CASE | MUSHROOM, 10# SLICED | 12.50 | 62.50 |
| 1960 | 1 | CASE | MUSHROOM, 3# SHIITAKE B | 10.00 | 10.00 |

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5 (c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

Interest at 18% added to unpaid balance. Interest and attorneys fees necessary to collect any balance due hereunder shall be considered sums owing in connection with this transaction under the PACA Trust.

81.50

**TOTAL**

**No changes to be made to this invoice without our authorization. Please call our office if you believe there is an error. Thank you.**

**GRANT STANTON PRODUCE Co., Inc.**
123 New England Produce Center
Chelsea, MA 02150
(617) 884-9991 FAX (617) 889-6690

Date 10/29

Sold To Capital Foods

| | | | |
|---|---|---|---|
| 1 | Crimini 9 | | |
| 5 | 10" Shred PA 12.50 | | |
| 1 | B Shitake 10— | | |

DELIVERY TICKET

No. 435784 Rec'd by [signature]

**GRANT STANTON PRODUCE Co., Inc.**
123 New England Produce Center
Chelsea, MA 02150
Tel (617) 884-9991 Fax (617) 889-6690

228 CAPITOL FOOD DISTRIBUTORS, LLC
2 Amherst Street
PROVIDENCE, RI 02909

Page: 1
10/31/03
164107

| PRODUCT | QUANTITY | UNIT | PRODUCT DESCRIPTION | PER UNIT | CHARGE |
|---|---|---|---|---|---|
| 3375 | 3 | CASE | ASPARAGUS | 15.00 | 45.00 |
| 1230 | 1 | CASE | CUCUMBER, SEEDLESS MEDIUM | 9.00 | 9.00 |
| 2869 | 3 | CASE | TOMATO, CLUSTER | 14.00 | 42.00 |
| 1570 | 5 | CASE | LIME, 54'S | 3.00 | 15.00 |
| 1885 | 10 | CASE | MUSHROOM, PORTABELLA 5# | 8.50 | 85.00 |
| | | | | TOTAL | 196.00 |

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5 (c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

Interest at 18% added to unpaid balance. Interest and attorneys fees necessary to collect any balance due hereunder shall be considered sums owing in connection with this transaction under the PACA Trust.

**No changes to be made to this invoice without our authorization. Please call our office if you believe there is an error. Thank you.**

**GRANT STANTON PRODUCE Co., Inc.**
123 New England Produce Center
Chelsea, MA 02150
(617) 884-9991 FAX (617) 889-6690

Date 10/31

Sold To Capital

| | | | |
|---|---|---|---|
| 3 | Asparagus | | |
| | 15 – | | |
| 1 | Cuke – MAD | | |
| | 9 – | | |
| | | | |
| 3 | cluster tomato | | |
| | ont 14 – | | |
| 5 | 54 – lime | | |
| | 3 – | | |
| 10 | 8c porksells | | |
| | (00) 8.50 | | |

DELIVERY TICKET

No. 462283 Rec'd by [signature]

# GRANT STANTON PRODUCE Co., Inc.

123 New England Produce Center
Chelsea, MA 02150
Tel (617) 884-9991 Fax (617) 889-6690

228 CAPITOL FOOD DISTRIBUTORS, LLC
2 Amherst Street
PROVIDENCE, RI 02909

Page: 1
11/05/03
164450

| PRODUCT | QUANTITY | UNIT | PRODUCT DESCRIPTION | PER UNIT | CHARGE |
|---|---|---|---|---|---|
| 1970 | 5 | CASE | MUSHROOM, 10# SLICED | 12.50 | 62.50 |
| 1950 | 2 | CASE | MUSHROOM, 3# SHIITAKE A | 14.00 | 28.00 |
| 1670 | 2 | CASE | MUSHROOM, 10 oz. CELLO | 10.25 | 20.50 |
| 1710 | 2 | CASE | MUSHROOM, 10# BUTTON WASH | 12.50 | 25.00 |

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5 (c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

Interest at 18% added to unpaid balance. Interest and attorneys fees necessary to collect any balance due hereunder shall be considered sums owing in connection with this transaction under the PACA Trust.

136.00

**TOTAL**

**No changes to be made to this invoice without our authorization. Please call our office if you believe there is an error. Thank you.**

**GRANT STANTON PRODUCE Co., Inc.**
123 New England Produce Center
Chelsea, MA 02150
(617) 884-9991 FAX (617) 889-6690

Date 11/5

Sold To CAPITAL FOOD

| | |
|---|---|
| 5 | 10 Stick |
| | 12.50 |
| 2 | Shrimp |
| | 14 |
| 2 | 10 [illegible] [illegible] |
| | 10.25 |
| 2 | 10 Butter |
| | 12.50 |

DELIVERY TICKET

No. 462973 Rec'd by [illegible]