**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

CIVIL ACTION # 04-CV-395

BOSTON TOMATO & PACKAGING, LLC
ET AL.,
Plaintiffs.

Vs.

CAPITOL FOOD DISTRIBUTORS, LLC.,
ET AL.,
Defendants

RECEIVED
JAN 09 2006
Property of U.S. District Court
District of Rhode Island

AFFIDAVIT OF ROBERT NANO

1. Robert Nano, being first duly sworn, deposes and says that the statements contained herein are made upon personal knowledge, except where based upon information and belief, business records and/or public records, all of which I believe to be true.

2. I am the Credit Manager of Boston Tomato & Packaging, LLC. ("Boston Tomato"). Boston Tomato is a limited liability company located in the New England Produce Center, Chelsea, Massachusetts. It is engaged in the purchase and sale of perishable agricultural commodities in interstate commerce ("Produce"). Boston Tomato is now has at all times been licensed by the Secretary of Agriculture under the Perishable Agricultural Commodities Act ("PACA"). I am a managing member of the company and have general charge of its daily operations. Amount my duties are the monitoring of lines of credit and the status of cash and credit accounts, along with obtaining payment of balances due to Boston Tomato. All the sales and bookkeeping staff of Boston Tomato report to me concerning the customer accounts, with a focus on those accounts which are slow or delinquent.

3. I have examined the Complaint and the account annexed to the Complaint as Exhibit A and carefully compared it with the original entries in the books of the respective Condakes. The account is truly and correctly made out from those books and the Produce was actually sold and delivered to the Capitol Food Distributors, LLC ("Capitol") in Massachusetts. The charges set out tin the account are true and correct to the best of my knowledge and belief. The allegations in the Complaint insofar as they relate to the business of Boston Tomato are true and correct except where set forth upon information

and belief, which I believe to be true.

4. The claim and demand of Boston Tomato against the Defendants is just, due and payable. There is no just off-set, payment or credit in law or equity known to me. There is now due to the Plaintiff, the sum of $6,008.50 plus interest at the rate of 1.5% per month from twenty-one days after the date of each invoice, reasonable attorneys fees, and costs. This customers' terms of sale were net twenty-one days as set forth on the invoices and include the obligation of the customer to pay interest at 1.5% per month and all collection costs, including attorneys fees. Capitol agreed to these terms and paid previous invoices subject to these terms. Also set forth on the invoices is the notice of intent to preserve rights under the PACA statutory trust. Copies of the pertinent invoices are attached hereto as Exhibit 1.

5. After these invoices became delinquent in September 2003 we made weekly calls to Capitol seeking payment. For weeks they made promises to us that payments would be made and we continued to sell to them. No word was ever given to us that the business was in trouble. Capitol made purchases from Boston Tomato right up to the time they stopped operating. After November 2003, we were unable to get any response to our telephone calls. It appears to me that as of September 2003 Capitol was having financial problems and it closed as of November 2003.

Robert Nano

Robert Nano

COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS

On this 24th day of August, 2005, before me, the undersigned notary public, personally appeared Robert Nano proved to me through satisfactory evidence of identification which was a Massachusetts Drivers' License, to be the person whose name is signed on the preceding attached document, and acknowledge to me that he/she signed it voluntarily for the stated purpose and that the same is true and correct.

Brian H. Eddy

Name:
Notary Public

My Commission expires:______________

**MY COMMISSION EXPIRES OCT. 4, 2007**

# Boston Tomato & Packaging, LLC

Wednesday - 01/07/04

## Statement

## Customer Number: 516

Send To:

CAPITOL FOOD DISTRIBUTORS, LLC
2 AMHERST
PROVIDENCE, RI 02909

Remit To:

Boston Tomato & Packaging, LLC
117-118 N.E.P.C.
Chelsea, MA 02150

617-884-5901
Terms: 21 days

Location: 2 AMHERST, PROVIDENCE, RI 02909
Phone No: 401-946-7833,

| Tkt. No. | DATE | INVOICE | AMOUNT | POSTED | INTEREST | BALANCE | TTL. DUE |
|---|---|---|---|---|---|---|---|
| 4532 | 09/30/03 | 77379 | 312.00 | | 0.00 | 139.00 | 139.00 |
| | 11/12/03 | | | 173.00 | | | |
| 4954 | 10/01/03 | 77618 | 640.00 | | 0.00 | 640.00 | 779.00 |
| 0890 | 10/02/03 | 77728 | 287.00 | | 0.00 | 287.00 | 1066.00 |
| 2672 | 10/03/03 | 77880 | 286.00 | | 0.00 | 286.00 | 1352.00 |
| 5332 | 10/06/03 | 78095 | 17.00 | | 0.00 | 17.00 | 1369.00 |
| 4615 | 10/07/03 | 78210 | 406.00 | | 0.00 | 406.00 | 1775.00 |
| 9599 | 10/08/03 | 78317 | 212.00 | | 0.00 | 212.00 | 1987.00 |
| 5855 | 10/10/03 | 78577 | 299.00 | | 0.00 | 299.00 | 2286.00 |
| 5911 | 10/14/03 | 78802 | 506.00 | | 0.00 | 506.00 | 2792.00 |
| 5019 | 10/15/03 | 79014 | 302.00 | | 0.00 | 302.00 | 3094.00 |
| 6297 | 10/17/03 | 79305 | 286.00 | | 0.00 | 286.00 | 3380.00 |
| 6576 | 10/21/03 | 79658 | 75.00 | | 0.00 | 75.00 | 3455.00 |
| 5306 | 10/22/03 | 79812 | 177.00 | | 0.00 | 177.00 | 3632.00 |
| 6895 | 10/24/03 | 80061 | 171.00 | | 0.00 | 171.00 | 3803.00 |
| 7084 | 10/27/03 | 80287 | 186.00 | | 0.00 | 186.00 | 3989.00 |
| 4481 | 10/29/03 | 80511 | 651.00 | | 0.00 | 651.00 | 4640.00 |
| 6513 | 10/31/03 | 80887 | 355.50 | | 0.00 | 355.50 | 4995.50 |
| 7809 | 11/05/03 | 81291 | 518.00 | | 0.00 | 518.00 | 5513.50 |
| 8037 | 11/07/03 | 81519 | 495.00 | | 0.00 | 495.00 | 6008.50 |

Total Amount Due: 6008.50

Thank you for your payment of 1000.00 on 11/12/03

| AGED BALANCE DUE: | WEEK #1 | WEEK #2 | WEEK #3 | WEEK #4 | WEEK #5 | WEEK #6 | WEEK #7 | WEEK #8 | WEEKS 9+ |
|---|---|---|---|---|---|---|---|---|---|
| | 01/01-07 | 12/25-31 | 12/18-24 | 12/11-17 | 12/04-10 | 11/27-03 | 11/20-26 | 11/13-19 | ? - 11/12 |
| | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 6008.50 |

FAX # 617-889-0497

Boston Tomato & Packaging, LLC
117-118 N.E.P.C.
Chelsea, MA 02150
617-884-5901

Tuesday - 09/30/03

# INVOICE # 77379

516 CAPITOL FOOD DISTRIBUTORS, LLC
2 AMHERST
PROVIDENCE, RI 02909

SALESMAN No: 1 1
Route, Drop: 0-0
TICKET No. : 84532

| Prod | Qnty. | Unit | Product Description | Per Unit | Charge |
|---|---|---|---|---|---|
| 50013 | 4 | CASE | SPINACH | 8.50 | 34.00 |
| 50097 | 4 | CASE | BASIL, CRATE | 10.00 | 40.00 |
| 50042 | 4 | CASE | ROSEMARY | 7.00 | 28.00 |
| 50010 | 3 | CASE | CELLO CUKE | 10.00 | 30.00 |
| 171 | 4 | CASE | TOMATOES, CLUSTER | 12.00 | 48.00 |
| 140 | 6 | CASE | TOMATOES, 6X6 25# | 14.00 | 84.00 |
| 200 | 3 | CASE | TOMATOES, PLUM 25#, BUCKY BOY | 16.00 | 48.00 |

balance due 139.00

84571 54828 54844

TOTAL AMOUNT DUE: 312.00 (2 crossed out)

**TERMS: 21 days**
1.50% Service Charge per month ( 18.00% annual charge ) on all overdue accounts after 30 days.
Customer will assume all collection costs, including attorney's fees.

FAX # 617-889-0497

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

Boston Tomato & Packaging, LLC
117-118 N.E.P.C.
Chelsea, MA 02150
617-884-5901

Wednesday - 10/01/03

# INVOICE # 77618

516 CAPITOL FOOD DISTRIBUTORS, LLC
2 AMHERST
PROVIDENCE, RI 02909

SALESMAN No: 1 1
Route, Drop: 0-0
TICKET No. : 54954

| Prod | Qnty. | Unit | Product Description | Per Unit | Charge |
|---|---|---|---|---|---|
| 200 | 80 | CASE | TOMATOES, PLUM 25#, BUCKY BOY | 8.00 | 640.00 |

TOTAL AMOUNT DUE: 640.00

**TERMS: 21 days**
1.50% Service Charge per month ( 18.00% annual charge ) on all overdue accounts after 30 days.
Customer will assume all collection costs, including attorney's fees.

FAX # 617-889-0497

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

Boston Tomato & Packaging, LLC
117-118 N.E.P.C.
Chelsea, MA 02150
617-884-5901

Thursday -- 10/02/03

# INVOICE # 77728

516 CAPITOL FOOD DISTRIBUTORS, LLC
2 AMHERST
PROVIDENCE, RI 02909

SALESMAN No: 1 1
Route, Drop: 0-0
TICKET No. : 80890

| Prod | Qnty. | Unit | Product Description | Per Unit | Charge |
|---|---|---|---|---|---|
| 50097 | 1 | CASE | BASIL, CRATE | 10.00 | 10.00 |
| 50014 | 8 | CASE | POPEYE SPINACH | 14.00 | 112.00 |
| 180 | 1 | CASE | TOMATOES, HOT HOUSE, LG | 13.00 | 13.00 |
| 120 | 10 | CASE | TOMATOES, 6X7 25# | 12.00 | 120.00 |
| 200 | 2 | CASE | TOMATOES, PLUM 25# | 16.00 | 32.00 |

55066

TOTAL AMOUNT DUE: 287.00

**TERMS: 21 days**
1.50% Service Charge per month ( 18.00% annual charge ) on all overdue accounts after 30 days.
Customer will assume all collection costs, including attorney's fees.

FAX # 617-889-0497

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

Boston Tomato & Packaging, LLC
117-118 N.E.P.C.
Chelsea, MA 02150
617-884-5901

Friday -- 10/03/03

# INVOICE # 77880

516 CAPITOL FOOD DISTRIBUTORS, LLC
2 AMHERST
PROVIDENCE, RI 02909

SALESMAN No: 1 1
Route, Drop: 0-0
TICKET No. : 82672

| Prod | Qnty. | Unit | Product Description | Per Unit | Charge |
|---|---|---|---|---|---|
| 50094 | 5 | CASE | CALIFORNIA MIX-BLUE SKY | 6.00 | 30.00 |
| 50014 | 6 | CASE | POPEYE SPINACH | 14.00 | 84.00 |
| 50094 | 5 | CASE | CALIFORNIA MIX-BLUE SKY | 6.00 | 30.00 |
| 160 | 6 | CASE | TOMATOES, 6X7 25# | 12.00 | 72.00 |
| 171 | 3 | CASE | TOMATOES, CLUSTER | 12.00 | 36.00 |
| 200 | 2 | CASE | TOMATOES, PLUM 25# | 17.00 | 34.00 |

82730 55155

TOTAL AMOUNT DUE: 286.00

**TERMS: 21 days**
1.50% Service Charge per month ( 18.00% annual charge ) on all overdue accounts after 30 days.
Customer will assume all collection costs, including attorney's fees.

FAX # 617-889-0497

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

Boston Tomato & Packaging, LLC
117-118 N.E.P.C.
Chelsea, MA 02150
617-884-5901

Monday -- 10/06/03

# INVOICE # 78095

516 CAPITOL FOOD DISTRIBUTORS, LLC
2 AMHERST
PROVIDENCE, RI 02909

SALESMAN No: 1 1
Route, Drop: 0-0
TICKET No. : 55332

| Prod | Qnty. | Unit | Product Description | Per Unit | Charge |
|---|---|---|---|---|---|
| 170 | 1 | CASE | TOMATOES, CHERRY | 17.00 | 17.00 |

TOTAL AMOUNT DUE: 17.00

**TERMS: 21 days**
1.50% Service Charge per month ( 18.00% annual charge ) on all overdue accounts after 30 days.
Customer will assume all collection costs, including attorney's fees.

FAX # 617-889-0497

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

Boston Tomato & Packaging, LLC
117-118 N.E.P.C.
Chelsea, MA 02150
617-884-5901

Tuesday - 10/07/03

# INVOICE # 78210

516 CAPITOL FOOD DISTRIBUTORS, LLC
2 AMHERST
PROVIDENCE, RI 02909

SALESMAN No: 1 1
Route, Drop: 0-0
TICKET No. : 84615

| Prod | Qnty. | Unit | Product Description | Per Unit | Charge |
|---|---|---|---|---|---|
| 50094 | 6 | CASE | CALIFORNIA MIX-BLUE SKY | 6.00 | 36.00 |
| 50023 | 4 | CASE | BASIL | 14.00 | 56.00 |
| 50014 | 8 | CASE | POPEYE SPINACH | 13.50 | 108.00 |
| 50042 | 2 | CASE | ROSEMARY | 7.00 | 14.00 |
| 50289 | 1 | CASE | CURLEY PARSLEY | 12.00 | 12.00 |
| 50288 | 1 | CASE | PLAIN PARSLEY | 12.00 | 12.00 |
| 140 | 12 | CASE | TOMATOES, 6X6 25# | 14.00 | 168.00 |

55407

TOTAL AMOUNT DUE: 406.00

**TERMS: 21 days**
1.50% Service Charge per month ( 18.00% annual charge ) on all overdue accounts after 30 days.
Customer will assume all collection costs, including attorney's fees.

FAX # 617-889-0497

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

Boston Tomato & Packaging, LLC
117-118 N.E.P.C.
Chelsea, MA 02150
617-884-5901

Wednesday - 10/08/03

# INVOICE # 78317

516 CAPITOL FOOD DISTRIBUTORS, LLC
2 AMHERST
PROVIDENCE, RI 02909

SALESMAN No: 1 1
Route, Drop: 0-0
TICKET No. : 59599

| Prod | Qnty. | Unit | Product Description | Per Unit | Charge |
|---|---|---|---|---|---|
| 50023 | 2 | CASE | BASIL | 14.00 | 28.00 |
| 50082 | 4 | CASE | TOMATO, SUNDRIED | 10.00 | 40.00 |
| 50014 | 6 | CASE | POPEYE SPINACH | 14.00 | 84.00 |
| 234 | 1 | CASE | OLIVE OIL | 60.00 | 60.00 |

59524 55498

TOTAL AMOUNT DUE: 212.00

**TERMS: 21 days**
1.50% Service Charge per month ( 18.00% annual charge ) on all overdue accounts after 30 days.
Customer will assume all collection costs, including attorney's fees.

FAX # 617-889-0497

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

# Boston Tomato & Packaging, LLC

117-118 N.E.P.C.
Chelsea, MA 02150
617-884-5901

Friday -- 10/10/03

## INVOICE # 78577

516 CAPITOL FOOD DISTRIBUTORS, LLC
2 AMHERST
PROVIDENCE, RI 02909

SALESMAN No: 1 1
Route, Drop: 0-0
TICKET No. : 75855

| Prod | Qnty. | Unit | Product Description | Per Unit | Charge |
|---|---|---|---|---|---|
| 50090 | 1 | CASE | ARUGULA FLASH | 14.00 | 14.00 |
| 50097 | 3 | CASE | BASIL, CRATE | 12.00 | 36.00 |
| 50111 | 1 | CASE | ROMAINE HEARTS | 15.00 | 15.00 |
| 50014 | 8 | CASE | POPEYE SPINACH | 13.50 | 108.00 |
| 140 | 6 | CASE | TOMATOES, 6X6 25# | 14.00 | 84.00 |
| 175 | 1 | CASE | TOMATOES, GRAPE | 10.00 | 10.00 |
| 201 | 2 | CASE | TOMATOES, PLUM 25# | 16.00 | 32.00 |

55739

TOTAL AMOUNT DUE: 299.00

**TERMS: 21 days**
1.50% Service Charge per month ( 18.00% annual charge ) on all overdue accounts after 30 days.
Customer will assume all collection costs, including attorney's fees.

FAX # 617-889-0497

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

Boston Tomato & Packaging, LLC
117-118 N.E.P.C.
Chelsea, MA 02150
617-884-5901

Tuesday - 10/14/03

# INVOICE # 78802

516 CAPITOL FOOD DISTRIBUTORS, LLC
2 AMHERST
PROVIDENCE, RI 02909

SALESMAN No: 1 1
Route, Drop: 0-0
TICKET No. : 55911

| Prod | Qnty. | Unit | Product Description | Per Unit | Charge |
|---|---|---|---|---|---|
| 140 | 12 | CASE | TOMATOES, 6X6 25# | 15.00 | 180.00 |
| 171 | 2 | CASE | TOMATOES, CLUSTER | 13.00 | 26.00 |
| 200 | 2 | CASE | TOMATOES, PLUM 25# | 18.00 | 36.00 |
| 50042 | 3 | CASE | ROSEMARY | 7.00 | 21.00 |
| 50094 | 10 | CASE | CALIFORNIA MIX-BLUE SKY | 6.00 | 60.00 |
| 50097 | 4 | CASE | BASIL, CRATE | 12.00 | 48.00 |
| 50014 | 10 | CASE | POPEYE SPINACH | 13.50 | 135.00 |

77051 77129

TOTAL AMOUNT DUE: 506.00

**TERMS: 21 days**
1.50% Service Charge per month ( 18.00% annual charge ) on all overdue accounts after 30 days.
Customer will assume all collection costs, including attorney's fees.

FAX # 617-889-0497

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

Boston Tomato & Packaging, LLC
117-118 N.E.P.C.
Chelsea, MA 02150
617-884-5901

Wednesday - 10/15/03

# INVOICE # 79014

516 CAPITOL FOOD DISTRIBUTORS, LLC
2 AMHERST
PROVIDENCE, RI 02909

SALESMAN No: 1 1
Route, Drop: 0-0
TICKET No. : 75019

| Prod | Qnty. | Unit | Product Description | Per Unit | Charge |
|---|---|---|---|---|---|
| 50097 | 4 | CASE | BASIL, CRATE | 12.00 | 48.00 |
| 50042 | 4 | CASE | ROSEMARY | 7.00 | 28.00 |
| 50014 | 4 | CASE | POPEYE SPINACH | 13.50 | 54.00 |
| 50082 | 4 | CASE | TOMATO, SUNDRIED | 10.00 | 40.00 |
| 120 | 6 | CASE | TOMATOES, 5X6 25# | 16.00 | 96.00 |
| 200 | 2 | CASE | TOMATOES, PLUM 25# | 18.00 | 36.00 |

75113 56037

TOTAL AMOUNT DUE: 302.00

**TERMS: 21 days**
1.50% Service Charge per month ( 18.00% annual charge ) on all overdue accounts after 30 days.
Customer will assume all collection costs, including attorney's fees.

FAX # 617-889-0497

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

Boston Tomato & Packaging, LLC
117-118 N.E.P.C.
Chelsea, MA 02150
617-884-5901

Friday -- 10/17/03

# INVOICE # 79305

516 CAPITOL FOOD DISTRIBUTORS, LLC
2 AMHERST
PROVIDENCE, RI 02909

SALESMAN No: 1 1
Route, Drop: 0-0
TICKET No. : 56297

| Prod | Qnty. | Unit | Product Description | Per Unit | Charge |
|---|---|---|---|---|---|
| 180 | 2 | CASE | TOMATOES, HOT HOUSE, LG | 13.00 | 26.00 |
| 171 | 4 | CASE | TOMATOES, CLUSTER | 13.00 | 52.00 |
| 175 | 1 | CASE | TOMATOES, GRAPE | 22.00 | 22.00 |
| 50111 | 2 | CASE | ROMAINE HEARTS | 14.00 | 28.00 |
| 50252 | 1 | CASE | MINT-BAG | 7.00 | 7.00 |
| 50111 | 2 | CASE | ROMAINE HEARTS | 14.00 | 28.00 |
| 50068 | 2 | CASE | BASIL-BAG | 12.00 | 24.00 |
| 50014 | 4 | CASE | POPEYE SPINACH | 13.50 | 54.00 |
| 50076 | 2 | CASE | SNIP BEAN | 18.00 | 36.00 |
| 50010 | 1 | CASE | CELLO CUKE | 9.00 | 9.00 |

59164 75649

TOTAL AMOUNT DUE: 286.00

**TERMS: 21 days**
1.50% Service Charge per month ( 18.00% annual charge ) on all overdue accounts after 30 days.
Customer will assume all collection costs, including attorney's fees.

FAX # 617-889-0497

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

Boston Tomato & Packaging, LLC
117-118 N.E.P.C.
Chelsea, MA 02150
617-884-5901

Tuesday - 10/21/03

# INVOICE # 79658

516 CAPITOL FOOD DISTRIBUTORS, LLC
2 AMHERST
PROVIDENCE, RI 02909

SALESMAN No: 1 1
Route, Drop: 0-0
TICKET No. : 56576

| Prod | Qnty. | Unit | Product Description | Per Unit | Charge |
|---|---|---|---|---|---|
| 120 | 2 | CASE | TOMATOES, 5X6 25# | 16.00 | 32.00 |
| 50023 | 3 | CASE | BASIL | 12.00 | 36.00 |
| 50040 | 1 | CASE | SAGE | 7.00 | 7.00 |

60240

TOTAL AMOUNT DUE: 75.00

**TERMS: 21 days**
1.50% Service Charge per month ( 18.00% annual charge ) on all overdue accounts after 30 days.
Customer will assume all collection costs, including attorney's fees.

FAX # 617-889-0497

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

# Boston Tomato & Packaging, LLC

117-118 N.E.P.C.
Chelsea, MA 02150
617-884-5901

Wednesday - 10/22/03

## INVOICE # 79812

516 CAPITOL FOOD DISTRIBUTORS, LLC
2 AMHERST
PROVIDENCE, RI 02909

SALESMAN No: 1 1
Route, Drop: 0-0
TICKET No. : 75306

| Prod | Qnty. | Unit | Product Description | Per Unit | Charge |
|---|---|---|---|---|---|
| 50094 | 6 | CASE | CALIFORNIA MIX-BLUE SKY | 6.00 | 36.00 |
| 50023 | 4 | CASE | BASIL | 12.00 | 48.00 |
| 50082 | 4 | CASE | TOMATO, SUNDRIED | 10.00 | 40.00 |
| 50010 | 1 | CASE | CELLO CUKE | 9.00 | 9.00 |
| 171 | 2 | CASE | TOMATOES, CLUSTER | 13.00 | 26.00 |
| 200 | 1 | CASE | TOMATOES, PLUM 25# | 18.00 | 18.00 |

56694

TOTAL AMOUNT DUE: 177.00

**TERMS: 21 days**
1.50% Service Charge per month ( 18.00% annual charge ) on all overdue accounts after 30 days.
Customer will assume all collection costs, including attorney's fees.

FAX # 617-889-0497

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

# Boston Tomato & Packaging, LLC
117-118 N.E.P.C.
Chelsea, MA 02150
617-884-5901

Friday -- 10/24/03

## INVOICE # 80061

516 CAPITOL FOOD DISTRIBUTORS, LLC
2 AMHERST
PROVIDENCE, RI 02909

SALESMAN No: 1 1
Route, Drop: 0-0
TICKET No. : 56895

| Prod | Qnty. | Unit | Product Description | Per Unit | Charge |
|---|---|---|---|---|---|
| 120 | 4 | CASE | TOMATOES, 5X6 25# | 15.00 | 60.00 |
| 160 | 3 | CASE | TOMATOES, 6X7 25# | 12.00 | 36.00 |
| 180 | 1 | CASE | TOMATOES, HOT HOUSE, LG | 13.00 | 13.00 |
| 200 | 2 | CASE | TOMATOES, PLUM 25# | 18.00 | 36.00 |
| 171 | 2 | CASE | TOMATOES, CLUSTER | 13.00 | 26.00 |

TOTAL AMOUNT DUE: 171.00

**TERMS: 21 days**
1.50% Service Charge per month ( 18.00% annual charge ) on all overdue accounts after 30 days.
Customer will assume all collection costs, including attorney's fees.

FAX # 617-889-0497

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

Boston Tomato & Packaging, LLC
117-118 N.E.P.C.
Chelsea, MA 02150
617-884-5901

Monday -- 10/27/03

# INVOICE # 80287

516 CAPITOL FOOD DISTRIBUTORS, LLC
2 AMHERST
PROVIDENCE, RI 02909

SALESMAN No: 1 1
Route, Drop: 0-0
TICKET No. : 57084

| Prod | Qnty. | Unit | Product Description | Per Unit | Charge |
|---|---|---|---|---|---|
| 120 | 4 | CASE | TOMATOES, 5X6 25# | 15.00 | 60.00 |
| 50097 | 2 | CASE | BASIL, CRATE | 12.00 | 24.00 |
| 50014 | 6 | CASE | POPEYE SPINACH | 14.00 | 84.00 |
| 50111 | 1 | CASE | ROMAINE HEARTS | 18.00 | 18.00 |

74265

TOTAL AMOUNT DUE: 186.00

**TERMS: 21 days**
1.50% Service Charge per month ( 18.00% annual charge ) on all overdue accounts after 30 days.
Customer will assume all collection costs, including attorney's fees.

FAX # 617-889-0497

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

# Boston Tomato & Packaging, LLC

117-118 N.E.P.C.
Chelsea, MA 02150
617-884-5901

Wednesday - 10/29/03

## INVOICE # 80511

516 CAPITOL FOOD DISTRIBUTORS, LLC
2 AMHERST
PROVIDENCE, RI 02909

SALESMAN No: 1 1
Route, Drop: 0-0
TICKET No. : 74481

| Prod | Qnty. | Unit | Product Description | Per Unit | Charge |
|---|---|---|---|---|---|
| 50042 | 3 | CASE | ROSEMARY | 7.00 | 21.00 |
| 50097 | 5 | CASE | BASIL, CRATE | 12.00 | 60.00 |
| 50014 | 12 | CASE | POPEYE SPINACH | 14.00 | 168.00 |
| 50288 | 3 | CASE | PLAIN PARSLEY | 13.00 | 39.00 |
| 50082 | 3 | CASE | TOMATO, SUNDRIED | 10.00 | 30.00 |
| 50261 | 1 | CASE | FLOWERING KALE | 14.00 | 14.00 |
| 120 | 5 | CASE | TOMATOES, 5X6 25# | 14.00 | 70.00 |
| 140 | 15 | CASE | TOMATOES, 6X6 25# | 13.00 | 195.00 |
| 171 | 2 | CASE | TOMATOES, CLUSTER | 13.00 | 26.00 |
| 200 | 2 | CASE | TOMATOES, PLUM 25# | 14.00 | 28.00 |

74510 57262

TOTAL AMOUNT DUE: 651.00

**TERMS: 21 days**
1.50% Service Charge per month ( 18.00% annual charge ) on all overdue accounts after 30 days.
Customer will assume all collection costs, including attorney's fees.

FAX # 617-889-0497

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

# Boston Tomato & Packaging, LLC

117-118 N.E.P.C.
Chelsea, MA 02150
617-884-5901

Friday -- 10/31/03

## INVOICE # 80887

516 CAPITOL FOOD DISTRIBUTORS, LLC
2 AMHERST
PROVIDENCE, RI 02909

SALESMAN No: 1 1
Route, Drop: 0-0
TICKET No. : 76513

| Prod | Qnty. | Unit | Product Description | Per Unit | Charge |
|---|---|---|---|---|---|
| 50013 | 6 | CASE | SPINACH | 7.75 | 46.50 |
| 50111 | 1 | CASE | ROMAINE HEARTS | 15.00 | 15.00 |
| 50234 | 4 | CASE | CALIFORNIA ROMAINE | 16.00 | 64.00 |
| 120 | 5 | CASE | TOMATOES, 5X6 25# | 14.00 | 70.00 |
| 160 | 10 | CASE | TOMATOES, 6X7 25# | 11.00 | 110.00 |
| 170 | 1 | CASE | TOMATOES, CHERRY | 20.00 | 20.00 |
| 200 | 2 | CASE | TOMATOES, PLUM 25# | 15.00 | 30.00 |

57531

TOTAL AMOUNT DUE: 355.50

**TERMS: 21 days**
1.50% Service Charge per month ( 18.00% annual charge ) on all overdue accounts after 30 days.
Customer will assume all collection costs, including attorney's fees.

FAX # 617-889-0497

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

Boston Tomato & Packaging, LLC
117-118 N.E.P.C.
Chelsea, MA 02150
617-884-5901

Wednesday - 11/05/03

# INVOICE # 81291

516 CAPITOL FOOD DISTRIBUTORS, LLC
2 AMHERST
PROVIDENCE, RI 02909

SALESMAN No: 1 1
Route, Drop: 0-0
TICKET No. : 57809

| Prod | Qnty. | Unit | Product Description | Per Unit | Charge |
|---|---|---|---|---|---|
| 120 | 2 | CASE | TOMATOES, 5X6 25# | 14.00 | 28.00 |
| 171 | 3 | CASE | TOMATOES, CLUSTER | 14.00 | 42.00 |
| 140 | 6 | CASE | TOMATOES, 6X7 25# | 11.00 | 66.00 |
| 170 | 2 | CASE | TOMATOES, CHERRY | 20.00 | 40.00 |
| 50094 | 15 | CASE | CALIFORNIA MIX-BLUE SKY | 6.00 | 90.00 |
| 50014 | 15 | CASE | POPEYE SPINACH | 14.00 | 210.00 |
| 50234 | 1 | CASE | CALIFORNIA ROMAINE | 16.00 | 16.00 |
| 50023 | 2 | CASE | BASIL | 13.00 | 26.00 |

67930

TOTAL AMOUNT DUE: 518.00

**TERMS: 21 days**
1.50% Service Charge per month ( 18.00% annual charge ) on all overdue accounts after 30 days.
Customer will assume all collection costs, including attorney's fees.

FAX # 617-889-0497

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

# Boston Tomato & Packaging, LLC

117-118 N.E.P.C.
Chelsea, MA 02150
617-884-5901

Friday -- 11/07/03

## INVOICE # 81519

516 CAPITOL FOOD DISTRIBUTORS, LLC
2 AMHERST
PROVIDENCE, RI 02909

SALESMAN No: 1 1
Route, Drop: 0-0
TICKET No. : 58037

| Prod | Qnty. | Unit | Product Description | Per Unit | Charge |
|---|---|---|---|---|---|
| 120 | 5 | CASE | TOMATOES, 5X6 25# | 14.00 | 70.00 |
| 120 | 8 | CASE | TOMATOES, 6X6 25# | 12.00 | 96.00 |
| 171 | 2 | CASE | TOMATOES, CLUSTER | 14.00 | 28.00 |
| 200 | 2 | CASE | TOMATOES, PLUM 25# | 16.00 | 32.00 |
| 50094 | 10 | CASE | CALIFORNIA MIX-BLUE SKY | 6.00 | 60.00 |
| 50014 | 14 | CASE | POPEYE SPINACH | 14.00 | 196.00 |
| 50288 | 1 | CASE | PLAIN PARSLEY | 13.00 | 13.00 |

72597 72787

TOTAL AMOUNT DUE: 495.00

**TERMS: 21 days**
1.50% Service Charge per month ( 18.00% annual charge ) on all overdue accounts after 30 days.
Customer will assume all collection costs, including attorney's fees.

FAX # 617-889-0497

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.