**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

CIVIL ACTION # 04-CV-395

BOSTON TOMATO & PACKAGING, LLC
ET AL.,
Plaintiffs.

Vs.

CAPITOL FOOD DISTRIBUTORS, LLC.,
ET AL.,
Defendants

RECEIVED
JAN 09 2006
Property of U.S. District Court
District of Rhode Island

AFFIDAVIT OF MARIA FRANCIS

1. Maria Francis, being first duly sworn, deposes and says that the statements contained herein are made upon personal knowledge, except where based upon information and belief, business records and/or public records, all of which I believe to be true.

2. A am the Credit Manager of Peter Condakes Company, Inc. ("Condakes"). Condakes is a Massachusetts corporation located in the New England Produce Center, Chelsea, Massachusetts. It is engaged in the purchase and sale of perishable agricultural commodities in interstate commerce ("Produce"). Condakes is now has at all times been licensed by the Secretary of Agriculture under the Perishable Agricultural Commodities Act ("PACA"). Amount my duties are the monitoring of lines of credit and the status of cash and credit accounts, along with obtaining payment of balances due to my employer. All the sales and bookkeeping staff of Condakes report to me concerning the customer accounts.

3. I have examined the Complaint and the account annexed to the Complaint as Exhibit D and carefully compared it with the original entries in the books of the respective Condakes. The account is truly and correctly made out from those books and the Produce was actually sold and delivered to the Capitol Food Distributors, LLC ("Capitol") in Massachusetts. The charges set out in the account are true and correct to the best of my knowledge and belief. The allegations in the Complaint insofar as they relate to the business of Condakes are true and correct except where set forth upon information and belief, which I believe to be true.

4. The claim and demand of the Condakes against the Defendants is just, due and payable. There is no just off-set, payment or credit in law or equity known to me. There is now due to the Plaintiff, Condakes the sum of $2,275.00 plus interest at the rate of 18 percent per annum from seven days after the date of each invoice, reasonable attorneys fees, and costs. This customers' terms of sale were net seven days as set forth on the invoices and include the obligation of the customer to pay interest at 18% per year and all collection costs, including attorneys fees. Capitol agreed to these terms and paid invoices subject to these terms. Also set forth on the invoices is the notice of intent to preserve rights under the PACA statutory trust. Copies of the pertinent invoices are attached hereto as Exhibit 1.

5. After these invoices became delinquent I made numerous calls to Capitol with no response. On January 5, 2004, I sent a certified mail letter to Capitol which was subsequently returned unopened and unclaimed. I received a report from a credit agency on January 9, 2004 indicating that Capitol had suspended operations and the telephones were disconnected. From the time the account was opened in April 2003, I had to call constantly to get payments. It appears to me that Capitol was a failing business during the fall of 2003 when it made the purchases for which payment is due.

Maria F. Francis

Maria Francis

COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS

On this 17th day of August, 2005, before me, the undersigned notary public, personally appeared Maria Francis proved to me through satisfactory evidence of identification which was a Massachusetts Drivers' License, to be the person whose name is signed on the preceding attached document, and acknowledge to me that he/she signed it voluntarily for the stated purpose and that the same is true and correct.

Phyllis Vigoda

Name:

Notary Public

My commission expires 4/12/07

My Commission expires: 4/12/07

PETER
CONDAKES
COMPANY, INC.

100 EVERETT AVE., UNIT 13 CHELSEA, MA 02150
PHONE: 617-884-5080 FAX: 617-884-3950

**REPRINT INVOICE**

Invoice Number: 146634

Invoice Date: 11/14/03

Page: 1

Bill
To: Capitol Food Distributors, L.L
2 Amherst Street
Providence, RI 02909

Ship
To: Capitol Food Distributors, L.L
2 Amherst Street
Providence, RI 02909

| | | | |
|---|---|---|---|
| Ship Via | Pick-up | Customer ID | 1318 |
| Ship Date | 11/14/03 | P.O. Number | |
| Due Date | 11/21/03 | P.O. Date | 11/14/03 |
| Paymt Terms | Net 7 Days | Our Order No. | |

| Description | Quantity | Unit Price | Total Price |
|---|---|---|---|
| **Ord - 477509: SalesPerson - PJAMES** | | | |
| LEMONS CALIFORNIA 115 | 5 | 19.00 | 95.00 |
| ORANGES VALENCIA CALIF 88 | 5 | 17.00 | 85.00 |
| MELON CANTALOUPE 9 | 1 | 15.00 | 15.00 |
| MELON HONEYDEW 6 | 1 | 10.00 | 10.00 |
| **Ord - 477511: SalesPerson - BOBC** | | | |
| LETTUCE ICE NAKED / FLATPACK | 10 | 23.00 | 230.00 |
| BROCCOLI CROWNS | 10 | 18.00 | 180.00 |
| LETTUCE ROMAINE 24 CT | 10 | 23.00 | 230.00 |
| LETT ROMAINE HEARTS 12/3 | 5 | 18.00 | 90.00 |
| CELERY 24 CT NAKED | 1 | 24.00 | 24.00 |
| POPEYE SPINACH 4 2 1/2 | 10 | 14.00 | 140.00 |
| LETT SPRG MIX/MES 3 LB | 10 | 6.00 | 60.00 |
| **Ord - 477578: SalesPerson - JAMESC** | | | |
| APPLES GRAN SMITH 88 | 2 | 25.00 | 50.00 |
| GRAPEFRUIT RED 36 | 2 | 11.00 | 22.00 |
| **Ord - 477585: SalesPerson - MIKEH** | | | |
| Transferred to page 2................................. | | | 1,231.00 |

**PETER CONDAKES COMPANY, INC.**

100 EVERETT AVE., UNIT 13 CHELSEA, MA 02150
PHONE: 617-884-5080 FAX: 617-884-3950

**REPRINT INVOICE**

Invoice Number: 146634
Invoice Date: 11/14/03
Page: 2

Bill To: Capitol Food Distributors, L.L
2 Amherst Street
Providence, RI 02909

Ship To: Capitol Food Distributors, L.L
2 Amherst Street
Providence, RI 02909

| | | | |
|---|---|---|---|
| Ship Via | Pick-up | Customer ID | 1318 |
| Ship Date | 11/14/03 | P.O. Number | |
| Due Date | 11/21/03 | P.O. Date | 11/14/03 |
| Paymt Terms | Net 7 Days | Our Order No. | |

| Description | Quantity | Unit Price | Total Price |
|---|---|---|---|
| Transferred from page 1.............................. | | | 1,231.00 |
| GRAPES CRIM SDLESS 19 LB BAG | 2 | 19.00 | 38.00 |
| **Ord - 477638: SalesPerson - PAULC** | | | |
| EGGPLANT CHOICE | 20 | 9.00 | 180.00 |
| PEPPERS GREEN MEDIUM | 5 | 11.00 | 55.00 |
| PARSLEY PLAIN | 1 | 14.00 | 14.00 |
| CUCUMBER SELECT | 2 | 10.00 | 20.00 |
| PINEAPPLE GOLDEN 6'S | 3 | 13.00 | 39.00 |
| **Ord - 477671: SalesPerson - TOMS** | | | |
| TOMATO LOOSE 5 X 6 - 25 LB | 15 | 15.00 | 225.00 |
| TOMATO LOOSE 6 X 7 - 25 LB | 20 | 11.00 | 220.00 |
| TOMATO SPCL ROMA CASE | 2 | 24.00 | 48.00 |
| BANANA GREEN CASE | 1 | 9.00 | 9.00 |
| **Ord - 477675: SalesPerson - PLC** | | | |
| TOMATO VINE 11 LB | 3 | 16.00 | 48.00 |

"The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a Trust Claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received."

**Total: 2,127.00**

INTEREST AT 18% ADDED TO UNPAID BALANCE. INTEREST AND ATTORNEY'S FEES NECESSARY TO COLLECT ANY BALANCE DUE HEREUNDER SHALL BE CONSIDERED SUMS OWING IN CONNECTION WITH THIS TRANSACTION UNDER THE PACA TRUST.

PETER
CONDAKES
COMPANY, INC.

100 EVERETT AVE., UNIT 13 CHELSEA, MA 02150
PHONE: 617-884-5080 FAX: 617-884-3950

# INVOICE

Invoice Number: 144120

Invoice Date: 10/24/03

Page: 1

Bill
To: Capitol Food Distributors, L.L.
2 Amherst Street
Providence, R.I. 02909

Ship
To: Capitol Food Distributors, L.L.
2 Amherst Street
Providence, R.I. 02909

| | |
|---|---|
| Ship Via | Pick-up |
| Ship Date | 10/24/03 |
| Due Date | 10/31/03 |
| Paymt Terms | Net 7 Days |

| | |
|---|---|
| Customer ID | 1318 |
| P.O. Number | |
| P.O. Date | 10/24/03 |
| Our Order No. | |

| Description | Quantity | Unit Price | Total Price |
|---|---|---|---|
| **Ord - 467665: SalesPerson – PLC** | | | |
| PEPPERS SUNTAN | 12 | 9.00 | 108.00 |
| PEPPERS IMP RED 11 LB | 2 | 20.00 | 40.00 |

"The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a Trust Claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received."

**Total 148.00**