**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

BOSTON TOMATO & PACKING, LLC, et al

Plaintiffs

vs. C.A. No. 04-395T

CAPITOL FOOD DISTRIBUTORS, LLC, et al

Defendants

**PLAINTIFFS' MOTION TO**
**COMPEL PRODUCTION OF DOCUMENTS**
**PURSUANT TO RULES 34, 37, AND 69 OF THE FED.R.CIV.P.**

Now come the plaintiffs in the above-captioned action and pursuant to Rules 34, 37, and 69 of the Fed.R.Civ.P. move this Court for an Order requiring Defendant Benedetto A. Cirilli, Jr. to produce for inspection and copying at the offices of Plaintiffs' counsel, Osborne & Fonte, 20 Eastbrook Road, Suite 304, Dedham, Massachusetts 02026, each and every item described in Plaintiffs' First Post-Judgment Request for Production of Documents to Defendant Benedetto A. Cirilli, Jr. within ten days of the date of the Order.

In support of this Motion, Plaintiffs state that the Request for Production of Documents, a copy of which is appended hereto as Exhibit "A", was served upon Defendant on 10 July 2006, as appears from the Certificate of Service appended thereto. Defendant has refused, failed, and neglected, despite further request, to produce the items sought or to file and serve the written response required by Rule 34. The items sought are in aid of execution and relate directly to the

efforts to obtain satisfaction of Plaintiffs' Judgment.

Attached hereto as Exhibit B is a copy of the Stipulation, Agreement and Order for Judgment approved by the Court on February 24, 2006. The initial payment $6,000.00 required to be made on March 15, 2006 was received on April 7, 2006. The outstanding balance due and owing on the judgment is $13,000.00 plus interest from 15 March 2006 plus attorney's fees incurred in the enforcement of the judgment.

Movant does not believe a hearing is required.

WHEREFORE, Plaintiffs request that the Court grant the following relief:

1. An Order requiring Defendant Benedetto A. Cirilli, Jr. to produce for inspection and copying each and every item described in Plaintiffs' First Post-Judgment Request for Production of Documents within ten days;
2. An award of the costs and expenses of bringing this motion, including attorneys fees; and
3. Such further relief as the Court deems just and proper.

BOSTON TOMATO &
PACKAGING, LLC ET AL
By their attorneys,
OSBORNE & FONTE

<u>/s/ Andrew M. Osborne</u>
Andrew M. Osborne BBO No. 380455
20 Eastbrook Road, Suite 304
Dedham, Massachusetts 02026
781.326.3875

/s/ Philip M. Weinstein
Philip M. Weinstein
Law Office of Philip Weinstein
1 Providence Washington Plaza
Providence, Rhode Island 02903

CERTIFICATION

Counsel certifies that he has conferred with Defendant in an effort to secure the material and information without court action. A copy of the motion was sent to Benedetto Cerilli on September 21, 2006 along with a request that he contact the undersigned to discuss the same. Benedetto Cerilli failed to do so. On November 9 and 10, 2006, the undersigned spoke with Benedetto Cerilli who promised to deliver the documents requested no later than November 17, 2006. No documents were received.

/s/Andrew M. Osborne
Andrew M. Osborne

**CERTIFICATE OF SERVICE**

I, Andrew M. Osborne, hereby certify that on the date set forth below I served a true copy of the foregoing document on Capital Food Distributors, LLC, A 1 Food Distributors, Inc., and Benedetto A. Cerilli, Jr. by first-class mail, postage prepaid to

Benedetto A, Cerilli, Jr., Esq.
80 America Way
Jamestown, RI 02835

Signed under the pains and penalties of perjury.

17 November 2006

/s/Andrew M. Osborne
Andrew M. Osborne