UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

BOSTON TOMATO & PACKING, LLC, et al

Plaintiffs

vs. C.A.# 04-395T

CAPITOL FOOD DISTRIBUTORS, LLC, et al

Defendants

PLAINTIFFS' FIRST POST JUDGMENT REQUEST FOR PRODUCTION OF DOCUMENTS TO THE DEFENDANT BENEDETTO A. CERILLI, JR.

Pursuant to Rules 34 and 69, Federal Rules of Civil Procedure, the Defendant, Benedetto A. Cerilli, Jr. is hereby requested to produce and to permit Plaintiffs to inspect and copy the documents described below, which are in the possession, custody or control of said Defendant(s) or which said Defendant(s) have the right to obtain, within thirty (30) days or such time as the Court shall order after the service hereof. The documents shall be produced at the offices of Andrew M. Osborne, Osborne & Fonte, 20 Eastbrook Road, Dedham, Massachusetts 02026.

## I. INSTRUCTIONS

1. All documents should be identified by the paragraph number in response to which they are being produced, or in the alternative, segregated by numbered groups, the numbers of these groups corresponding to the paragraph in response to which they are being produced.

2. Unless otherwise specified, this request shall cover the period of January 1, 2005, to the date of production.

3. This request is a continuing request, and in the event that defendant obtains or discovers a document requested herein after the date on which production is made pursuant to this request, then defendant shall produce such document(s) as soon as possible.

## II. DEFINITIONS

As used herein, the following words and phrases will have the following meanings:

1. Person: "Person" is meant to include any individual or business entity whatsoever.

2. Document: "Document" or "documents" is used to include any kind of written or graphic matter, however produced or reproduced, or any kind of description, whether sent or received or neither, including but not limited to: papers, books, book entries, accounts, letters, photographs, objects, tangible things, correspondence, telegrams, cables, telex messages, memoranda, notes, data, notations, work papers, interoffice communications, inter-departmental communications, transcripts, minutes, reports and recordings of telephone and other conversations, or interviews, or of conferences, or of committee or of other meetings, affidavits, statements, certificates, votes, summaries, opinions, reports, studies, analyses, formulae, plans, specifications, evaluations, contracts, licenses, agreements, offers, ledgers, invoices, statements, bills of lading, checks, notes, drafts, tickets, receipts, journals, books or records of accounts, summaries of accounts, bills, receipts, balance sheets, income statements, questionnaires, statistical records, desk calendars, tax returns, schedules, appointment books, diaries, lists, tabulations, charts, graphs, maps, surveys, sound recordings, computer tapes, magnetic tapes, punch cards, computer printouts, data processing input and output, microfilm, all amendments and alterations thereof, all other records kept by electronic, photographic or mechanical means, and things similar to any of the foregoing however denominated, whether currently in existence or already destroyed.

3. Communication: "Communication" is used to include any transmission of any data or document and all forms of interpersonal communication, including but not limited to meetings, telephone, telex, telecopier and verbal and nonverbal acts intended to or actually conveying information or data.

4. Each singular word is meant to include, where appropriate, the plural of that word and vice versa.

5. For the purposes of this request, words in the masculine gender include the feminine gender.

6. For the purposes of this request, the conjunctive includes the disjunctive, and vice versa.

7. For the purposes of this request, each verb is meant to include, where appropriate, the present, past and future tenses of that verb.

8. Plaintiff: "Plaintiff" will refer to the plaintiff named in the above-captioned action.

9. Defendant: "Defendant", "you" and "your" will refer to the Defendant, and if more than one, all Defendants jointly and severally, named in the above-captioned action as an individual, a

Trustee, a beneficiary and in every other capacity of every name and nature.

10. Interest in Property: "Interest" and "Interest in Property" shall mean any and all right, title and interest in property, real, personal and mixed, legal and equitable, and wherever located.

11. Security: "Security and Securities" shall mean each and every security defined as such by Section 2(1) of the Securities Act of 1933 codified at 15 United States Code Section 77, et seq.

## III. DOCUMENTS REQUESTED

1. Any and all Forms 1099, W-2, K-1, tax returns and declarations, together with all forms, schedules, attachments and exhibits thereto and amendments thereof for the three tax years prior to the current tax year and the current tax year.

2. Any and all documents which evidence and or relate to your Interest in and the purchase and sale of shares of stock and similar securities.

3. Any and all documents which evidence and or relate to your Interest in and the purchase and sale of bonds and similar Securities.

4. Any and all documents which evidence and or relate to your Interest in bank accounts, savings accounts, certificates of deposit and similar Securities.

5. Any and all documents which evidence and or relate to your Interest in any and all corporations.

6. Any and all financial statements, balance sheets, income statements and tax returns of each closely held corporation, limited liability company and limited liability partnership in which you have an Interest.

7. Any and all financial statements, balance sheets, income statements and tax returns of each general partnership and proprietorship in which you have an Interest.

8. Any and all documents which evidence and or relate to your Interest in any and all accounts, actions, choses in action, claims, demands, accounts receivable and the like.

9. Any and all documents which evidence and or relate to your Interest in policies of insurance on your life and those of other persons.

10. Any and all documents which evidence and or relate to your Interest in and the purchase and

sale of shares of stock, warrants, debentures and similar Securities.

11. Any and all documents which evidence and or relate to your Interest in brokerage accounts, margin accounts, contracts and similar Securities.

12. Any and all documents which evidence and or relate to your Interest in and the purchase and sale of partnerships and similar Securities.

13. Any and all documents which evidence and or relate to your Interest in and the purchase and sale of trust funds and similar Securities.

14. Any and all documents which evidence and or relate to your Interest in the estate of a decedent pursuant to a will, intestacy or other statutory provisions.

15. Any and all documents which evidence and or relate to your Interest in any and all trusts.

16. Any and all documents which evidence and or relate to your Interest in any and all cars, trucks, motorcycles, boats, campers, snowmobiles and other motor vehicles having a book value in excess of $1,000.00..

17. Any and all documents which evidence and or relate to your Interest in and the purchase and sale of mutual funds and similar Securities.

18. Any and all documents which evidence and or relate to your Interest in any and all stock, pension, profit sharing, retirement and/or savings plan, including a copy of each such plan.

19. Any and all documents which evidence and or relate to the existence and value of any and all Interests in real property, including but not limited to deeds, declarations of trust, schedules of beneficiaries, mortgages, appraisals, assessments, tax bills, partnership agreements.

20. Any and all documents which indicate the identity (name and address) of the person(s) to whom you make rental and or mortgage payments for your principal residence and the amount of such payments.

21. Any and all documents which indicate the identity (name and address) of the person(s) to whom you make rental and or mortgage payments for residences, other than your principal residence, in which you have an interest and the amount of such payments.

22. Any and all documents which evidence the source and amount of any and all income, earned and unearned, and gifts received by you and/or by another on your behalf.

23. Any and all documents which evidence your living expenses for the twelve month period ending on the last day of the month prior to the month in which this Request for Production of

Documents is served.

24. Any and all documents relating to your indebtedness to other persons, including but not limited to contracts, promissory notes, security agreements, pledge agreements, assignments and guarantees.

25. Any and all documents which evidence or relate to the transfer of any all Interests within three (3) years prior to the date of this Request.

26. Any and all documents which evidence personal property, with a value of at least one thousand dollars, in which you have an Interest.

27. All tax returns, financial statements, loan applications, balance sheets, and income statements of all businesses and closely held corporations in which you had an interest at any time within the past five years.

28. All financial statements and loan applications.

29. All passbooks and account statements for checking, stock, bond, mutual fund, retirement fund, money market and like accounts.

BOSTON TOMATO & PACKAGING, LLC.,
*et al.,*
By their Attorneys

/s/Philip M. Weinstein________
Philip M. Weinstein, Esq.
Law Office of Philip Weinstein
1 Providence Washington Plaza
Providence, RI 02903

OSBORNE & FONTE

/s/Andrew M. Osborne
Andrew M. Osborne, BBO# 380455
20 Eastbrook Rd., Suite 304
Dedham, MA 02026
(781) 326-9766

CERTIFICATE OF SERVICE

I, Andrew M. Osborne hereby certify that on the date set forth below I served the foregoing document, by mailing a copy first class mail, postage prepaid to Capitol Food Distributors, LLC., A 1 Food Distributors, Inc. and Benedetto A. Cerilli, Jr. at 80 America Way, Jamestown, RI 02835

Signed under the penalties of perjury.

July 10, 2006

/s/Andrew M. Osborne_____
Andrew M. Osborne