DC 11
Rev. 7/82

# WRIT OF EXECUTION

CA 04-395 T

**United States District Court** — DISTRICT: Rhode Island

TO THE MARSHAL OF:
The District of Rhode Island or his Deputies

YOU ARE HEREBY COMMANDED, that of the goods and chattels, lands and tenements in your district belonging to:

NAME
Benedetto A. Cerilli, Jr.

you cause to be made and levied as well a certain debt of:

DOLLAR AMOUNT / DOLLAR AMOUNT
Nineteen thousand dollars ($19,000.00) plus post-judgment interest of $3,761.49 and post-judgment attorneys fees of $2,837.50 to January 24, 2007 with interest to accrue at the rate of $11.63 per day thereafter, less the payment of $6,000.00 made on April 7, 2006

in the United States District Court for the Judicial District of Rhode Island, before the Judge of the said Court by the consideration of the same Judge lately recovered against the said,

Benedetto A. Cerilli, Jr.

and also the costs that may accrue under this writ.

And that you have above listed moneys at the place and date listed below; and that you bring this writ with you.

| PLACE | DISTRICT |
|---|---|
| U.S. District Court | Rhode Island |
| CITY: Providence | DATE: April 28, 2007 |

Witness the Honorable Ernest C. Torres - Senior U.S. District Judge
(United States Judge)

| DATE | CLERK OF COURT |
|---|---|
| January 29, 2007 | (BY) DEPUTY CLERK: [signature] |

## RETURN

| DATE RECEIVED | DATE OF EXECUTION OF WRIT |
|---|---|
| | |

This writ was received and executed.

| U.S. MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|
| | |