UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

BOSTON TOMATO & PACKING, LLC, et al

Plaintiffs

vs. C.A.# 04-395T

CAPITOL FOOD DISTRIBUTORS, LLC, et al

Defendants

AFFIDAVIT IN SUPPORT OF REQUEST FOR EXECUTION

Andrew M. Osborne, being first duly sworn, deposes and states.

1. I am counsel of record for the Plaintiffs in the above referenced action.

2. Pursuant to the Stipulation, Agreement and Order for Judgment filed in open Court on February 24, 2006, a copy of which is attached hereto as Exhibit A, (the "Judgment"), judgment entered against Capitol Food Distributors, LLC., A 1 Food Distributors, Inc. and Benedetto A. Cerilli, Jr., jointly and severally, in the amount of $19,000.00, including interest, attorneys fees and costs (paragraph 6).

3. The sum of six thousand dollars ($6,000.00), received on April 7, 2006, is the sole amount paid against said Judgment. The Judgment Debtors have failed to make the additional payments required by paragraph 8.b) of the Judgment.

4. Your Affiant wrote to Benedetto A. Cerilli, Jr. on April11, 2006, May 4, 2006, July 10, 2006, September 14, 2006, November 17, 2006 and December 20, 2006 demanding payment. Your Affiant has also had numerous telephone conversations with Benedetto A. Cerilli, Jr. seeking payment, who asserts that he lacks the available funds to satisfy the judgment.

5. A Request for Production of Documents was served upon Benedetto A. Cerilli, Jr. on July 10, 2006. He failed to respond thereto. A Motion to Compel was filed on November 17, 2006 and allowed on December 8, 2006. To date there has been no compliance with the Order.

6. Pursuant to paragraph 8, "Plaintiffs shall each be entitled to recover post-judgment interest at the rates set forth for their respective claims and attorneys fees incurred in connection with the enforcement of the judgment".

7. Attached hereto as Exhibit B is the Summary of Judgment Balances which reflects the accrual of interest at the rates set forth in the Complaint for the respective claims of the Plaintiffs and the application of the payment on the amount due to each Plaintiff. Since the date of the Judgment, the sum of $2,837.50 has been incurred for attorneys fees as appears from itemization of time set forth as Exhibit C. This itemization was prepared contemporaneously with the expenditure of the time. The rates set forth are the same rates as were charged for the attorneys fees included in the Judgment.

Signed under the penalties of perjury this 26th day of January 2007

Andrew M. Osborne