EXHIBIT 3

Exhibit B Summary of Judgment Balances

| Date | | Boston Tomato & Packaging | Forlizzi & Bimber | Grant Stanton Produce Company | Peter Condakes | Total | Balance |
|---|---|---|---|---|---|---|---|
| | Percentage | 0.474 | 0.212 | 0.134 | 0.180 | 1.000 | |
| | Interest Rate | 18% | 12% | 18% | 18% | | |
| 02/24/06 | Judgment | 9013.58 | 4025.62 | 2547.98 | 3412.81 | 19000.00 | 19000.00 |
| 04/07/06 | Interest | 186.69 | 55.59 | 52.77 | 70.69 | 365.74 | 19365.74 |
| 04/07/06 | Payment | -2846.39 | -1271.25 | -804.63 | -1077.73 | -6000.00 | 13365.74 |
| 12/31/06 | Interest | 1592.14 | 471.60 | 450.07 | 602.83 | 3116.64 | 16482.39 |
| 01/24/07 | Interest | 142.58 | 42.23 | 40.30 | 53.98 | 279.10 | 16761.49 |
| | Accrued Interest | 1921.41 | 569.42 | 543.15 | 727.50 | 3761.49 | |
| | per dem | 5.94 | 1.76 | 1.68 | 2.25 | 11.63 | |