Boston Tomato & Packing, LLC et al

vs.

Capitol Food Distributors, LLC et al

| Date<br>ID | Attorney<br>Task | Rate<br>Markup % | Hours<br>DNB Time | Amount<br>DNB Amt | Total |
|---|---|---|---|---|---|
| 3/24/2006<br>55743 | AMO 325<br>PACA<br>Call to Ben Cerilli re: missing payments | 325.00 | 0.10 | 32.50 | Billable |
| 3/27/2006<br>55777 | AMO 325<br>PACA<br>Telephone conference with B.DeFranchesco re: missing payment; call to B.Cerilli | 325.00 | 0.10 | 32.50 | Billable |
| 3/28/2006<br>55778 | AMO 325<br>PACA<br>Telephone conference with B.Cerilli re: overdue payment | 325.00 | 0.10 | 32.50 | Billable |
| 4/11/2006<br>58997 | AMO 325<br>PACA<br>Letter to B.Cerilli | 325.00 | 0.25 | 81.25 | Billable |
| 4/21/2006<br>56052 | AMO 325<br>PACA<br>Call to B.Cerilli | 325.00 | 0.10 | 32.50 | Billable |
| 5/4/2006<br>56177 | AMO 325<br>PACA<br>Telephone conference with B.Cerilli re: overdue payments and hearing in Superior court; Facsimile transmission to BC | 325.00 | 0.25 | 81.25 | Billable |
| 6/26/2006<br>56723 | AMO 325<br>PACA<br>Call to B.Cerilli | 325.00 | 0.10 | 32.50 | Billable |
| 6/29/2006<br>56784 | AMO 325<br>PACA<br>Telephone conference with B.Cerilli; memo to file | 325.00 | 0.20 | 65.00 | Billable |
| 7/5/2006<br>56850 | AMO 325<br>PACA<br>Telephone conference with B.Cerilli re: payment | 325.00 | 0.10 | 32.50 | Billable |

EXHIBIT

C

CAPITOL FOOD DIST.: (continued)

| Date<br>ID | Attorney<br>Task | Rate<br>Markup % | Hours<br>DNB Time | Amount<br>DNB Amt | Total |
|---|---|---|---|---|---|
| 7/10/2006<br>56905 | AMO 325<br>PACA<br>Telephone conference with B.Cerilli re: payment; Telephone conference with P.Weisntein re: Request for Production of Documents; Letter to B.Cerilli with Request for Production of Documents | 325.00 | 0.40 | 130.00 | Billable |
| 8/15/2006<br>57206 | DJF 225<br>PACA<br>Telephone call to clerk Ryan Jackson re: SP. | 225.00 | 0.10 | 22.50 | Billable |
| 9/7/2006<br>57480 | DJF 225<br>PACA<br>Conference with Atty. A. Osborne; drafted Motion to Compel Production of Documents.<br>Custom Text:25506 etc. | 225.00 | 0.50 | 112.50 | Billable |
| 9/14/2006<br>57544 | DJF 225<br>PACA<br>Modified Motion to Compel to comply with R.I. Local Rules; sent copy and request to confer to Benedetto Cerilli. | 225.00 | 0.60 | 135.00 | Billable |
| 11/9/2006<br>58125 | AMO 325<br>PACA<br>Telephone conference with B.Cerilli re: discovery and payment; update certification on motion to compel; | 325.00 | 0.30 | 97.50 | Billable |
| 11/15/2006<br>58177 | AMO 325<br>PACA<br>Telephone conference with B.DeFranchesco; call to B.Cerilli; memo to P.Weinstein with motion to compel | 325.00 | 0.50 | 162.50 | Billable |
| 11/17/2006<br>58998 | AMO 325<br>PACA<br>Letter to B.Cerilli with Motion to Compel | 325.00 | 0.25 | 81.25 | Billable |
| 12/20/2006<br>58611 | AMO 325<br>PACA<br>Letter to B.Cerilli seeking documents and payment; Research on post-judgment process | 325.00 | 0.50 | 162.50 | Billable |
| 1/4/2007<br>58733 | AMO 325<br>PACA<br>Review local rule Calculate balances due to each judgment creditor for inclusion in execution; Investigation | 325.00 | 2.50 | 812.50 | Billable |
| 1/23/2007<br>58996 | AMO 325<br>PACA<br>Preparation of Request and Affidavit in Support of Request for Issuance of Execution. | 325.00 | 0.90 | 292.50 | Billable |

1/24/2007
11:10 AM

OSBORNE & FONTE
Pre-bill Worksheet

Page

CAPITOL FOOD DIST.: (continued)

| Date<br>ID | Attorney<br>Task | Rate<br>Markup % | Hours<br>DNB Time | Amount<br>DNB Amt | Total |
|---|---|---|---|---|---|
| 1/24/2007<br>59005 | AMO 325<br>PACA<br>Telephone conference with J.Duhamel at USDC-RI re: procedure for requesting execution; Telephone conference with U.S Marshals Service as to their requirements for service of execution; Complete Affidavit and execution; Letter to Clerk | 325.00 | 1.25 | 406.25 | Billable |
| TOTAL | Billable Fees | | 9.10 | | $2,837.50 |