USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.

**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN

| | |
|---|---|
| PLAINTIFF<br>Boston Tomato & Packinging, LLC et al | COURT CASE NUMBER<br>04-395-t |
| DEFENDANT<br>Capitol Food Distributors, LLC et al | TYPE OF PROCESS<br>Writ of Execution |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Benedetto A. Cerilli, Jr.
ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
80 America Way, Jamestown, RI

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Andrew M. Osborne, Esq.
Osborne & Fonte
20 Eastbrook Rd., Suite 304
Dedham, MA 02026

| | |
|---|---|
| Number of process to be served with this Form 285 | 1 |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE ***(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):***

Fold — Fold

See letter enclosed

| Signature of Attorney other Originator requesting service on behalf of: | ☑ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| | | 781-326-3875 | 2/2/07 |

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY– DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | No. 70 | No. 70 | Edward R. Kawa | 2/7/07 |

I hereby certify and return that I ☐ have personally served , ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual , company, corporation, etc., at the address shown above on the on the individual , company, corporation, etc. shown at the address inserted below.

☒ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

Name and title of individual served *(if not shown above)*

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address *(complete only different than shown above)*

| Date | Time | |
|---|---|---|
| 2/28/07 | 0657 | ☑ am ☐ pm |

Signature of U.S. Marshal or Deputy: C. Moore

| Service Fee | Total Mileage Charges including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| 360.00<br># [redacted] | 106.70<br># [redacted] | | 466.70<br># [redacted] | $ 150.00 | # [redacted] 316.70 |

REMARKS:
NOT HOME 2/23/07 1835 HRS 1 DEPUTY 2 1/2 HRS C. MOORE 72 MILES
10 MARLBOROUGH ST. NEWPORT NO SUCH BUSINESS 76 MILES 3 HRS (1 DEP.) R.I. RDG. PIG
NO ANSWER 0657 HRS 2/28/07 C. MOORE (72 MILES) (1 DEP) (2 HRS)

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00

TOTALS: 220 MILES (7 1/2 HRS) (1 DEP)

DC 11
Rev. 7/82

# WRIT OF EXECUTION

CA 04-395 T

| United States District Court | DISTRICT Rhode Island |
|---|---|

TO THE MARSHAL OF:

The District of Rhode Island or his Deputies

YOU ARE HEREBY COMMANDED, that of the goods and chattels, lands and tenements in your district belonging to:

NAME

Benedetto A. Cerilli, Jr.

you cause to be made and levied as well a certain debt of:

DOLLAR AMOUNT | DOLLAR AMOUNT

Nineteen thousand dollars ($19,000.00) plus post-judgment interest of $3,761.49 and post-judgment attorneys fees of $2,837.50 to January 24, 2007 with interest to accrue at the rate of $11.63 per day thereafter, less the payment of $6,000.00 made on April 7, 2006

in the United States District Court for the Judicial District of Rhode Island, before the Judge of the said Court by the consideration of the same Judge lately recovered against the said,

Benedetto A. Cerilli, Jr.

and also the costs that may accrue under this writ.

And that you have above listed moneys at the place and date listed below; and that you bring this writ with you.

| PLACE | DISTRICT |
|---|---|
| U.S. District Court | Rhode Island |
| CITY | DATE |
| Providence | April 28, 2007 |

Witness the Honorable Ernest C. Torres - Senior U.S. District Judge
(United States Judge)

| DATE | CLERK OF COURT |
|---|---|
| January 29, 2007 | (BY) DEPUTY CLERK Lucia Cristina Leyva |

## RETURN

| DATE RECEIVED | DATE OF EXECUTION OF WRIT |
|---|---|
| | |

This writ was received and executed.

| U.S. MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|
| | |

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

CIVIL ACTION NO. 04-395-t

BOSTON TOMATO & PACKAGING, LLC.,
ET AL,

Plaintiffs

VS.

CAPITOL FOOD DISTRIBUTORS, LLC.,
ET AL,

Defendants

STIPULATION, AGREEMENT AND ORDER FOR JUDGMENT

Now come the Plaintiffs and the Defendants, Capitol Food Distributors, LLC. ("Capitol"), A 1 Food Distributors, Inc. ("A 1") and Benedetto A. Cerilli, Jr. ("Cerilli") and agree that the following judgment shall be entered:

1. Judgment for Boston Tomato & Packaging LLC ("Boston Tomato") on Counts I, III and III of the complaint against Capitol in the amount of $9,013.58, including attorneys fees, interest and costs to the date of judgment;

2., Judgment for Forlizzi & Bimber, Inc. ("Forlizzi") on Counts IV, V and VI of the complaint against Capitol in the amount of $4,025.62, including attorneys fees, interest and costs to the date of judgment;

3. Judgment for Grant Stanton Produce Company, Inc. ("Grant Stanton") on Counts VII, VIII and IX of the complaint against Capitol in the amount of $2,547.98, including attorneys fees, interest and costs to the date of judgment;

4. Judgment for Peter Condakes Company, Inc. ("Condakes ") on Counts X, XI and XII of the complaint against Capitol in the amount of $3,412.81, including attorneys fees, interest and costs to the date of judgment;

5. Judgment for Boston Tomato, Forlizzi, Grant Stanton and Condakes on Count XIII, each



Attest to
True Copy
DAVID A. DIMARZIO
By [signature]
Deputy Clerk

Case 1:04-cv-00395-T Document 39 Filed 02/24/2006 Page 2 of 3

in the respective amounts set forth in paragraphs one through four hereof, against A 1 and Benedetto A. Cerilli, Jr., jointly and severally, for a total of $19,000, including attorneys fees, interest and costs to the date of judgment;

6. Judgment for Boston Tomato, Forlizzi, Grant Stanton and Condakes on Counts XIV and XV, each in the respective amounts set forth in paragraphs one through four hereof, against Capitol, A 1 and Benedetto A. Cerilli, Jr., jointly and severally, for a total of $19,000, including attorneys fees, interest and costs to the date of judgment;

7. The judgments set forth in paragraphs one through six hereof are not duplicative and are intended to permit Plaintiffs to recover a total of $19,000.00, including attorneys fees, interest and costs to the date of judgment;

8. Plaintiffs shall each be entitled to recover post-judgment interest at the rates set forth for their respective claims in the Complaint and attorneys fees incurred in connection with the enforcement of the judgment. However, if the sum of $19,000.00 is paid to Plaintiffs' counsel as follows, time being of the essence, then the judgment shall be deemed satisfied

   a) $6,000.00 on or before March 15, 2006
   b) six consecutive monthly payments commencing on April 15, 2006, consisting of five payments in the amount of $2,166.66 and a final payment in the amount of $2,166.70.

9. All rights of appeal are hereby waived and the execution may issue upon notice from Plaintiffs counsel that any of the payments required in paragraph 8 hereof have not been timely made.

PLAINTIFFS
By Their Attorneys

Philip M. Weinstein
One Providence Washington Plaza
Providence, RI 02903
401-521-3500

Capitol Food Distributors, LLC
And A 1 Food Distributors, Inc.
By their Attorney

Benedetto A. Cerilli, Jr.
80 American Way
Jamestown, RI 02835
401-569-6538

OSBORNE & FONTE

Andrew M. Osborne
20 Eastbrook Rd., Suite 304
Dedham, MA 02026
781-326-3875
BBO#380455

Dated: February 24, 2006

Benedetto A. Cerilli, Jr., pro se
80 American Way
Jamestown, RI 02835
401-569-6538

APPROVED AND SO ORDERED

District Court Judge
2/24/06